# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| Yolande E Essangui | *   Case No. 16-12984 |
| | *   Chapter 7 |
| Debtor | |
| * * * * * * * * | * * * * * * |
| Yolande E Essangui | * |
| Plaintiff | *   Adv. No. 16-00201 |
| v. | * |
| Firstmark Services, et al. | * |
| Defendants. | * |
| * * * * * * * * | * * * * * * |

### REQUEST FOR REISSUE OF SUMMONS

Yolande E Essangui, by undersigned counsel, hereby requests the Court to reissue the Summons and Notice of Pre-Trial Conference in this matter.

/s/ *Ronald J. Drescher*
RONALD J. DRESCHER
Drescher & Associates, P.A.
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000

Counsel for Debtor