Form sumprtrl (06/15)

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

| | |
|---|---|
| **In Re:**<br>Yolande E Essangui<br>Debtor(s)<br><br>Plaintiff(s)<br>Yolande E Essangui | Case No.: 16–12984<br>Chapter: 7<br><br>Adversary No.: 16–00201<br>Judge: James F. Schneider |

VS.

Defendant(s)
Firstmark Services
Golden Tree Asset Management LP
Citibank, N.A.
DeVry Medical International, Inc.
University Accountin Service, LLC
GSED Trust
American University of Antigua

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Ronald J Drescher
> Drescher & Associates
> 4 Reservoir Circle
> Suite 107
> Baltimore, MD 21208

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

May 03, 2016
Clerk of the
Bankruptcy Court
/s/ Mark A. Neal

6/30/16 at 02:00 PM

101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

Dated: 5/5/16

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Carol Sofinowski
        410−962−4277

