```
                          United States Bankruptcy Court
                              District of Maryland
Essangui,
        Plaintiff                                       Adv. Proc. No. 16-00201-JS

Firstmark Services,
        Defendant
                             CERTIFICATE OF NOTICE
District/off: 0416-1      User: csofinows          Page 1 of 1         Date Rcvd: May 05, 2016
                          Form ID: sumprtrl        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2016.
pla            +Yolande E Essangui,    418 C Woodlake Court,   Glen Burnie, MD 21061-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2016 at the address(es) listed below:
              Ronald J Drescher    ecfdrescherlaw@gmail.com,    ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
                                                                                            TOTAL: 1

Form sumprtrl (06/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

| | |
|---|---|
| **In Re:**<br>Yolande E Essangui<br>Debtor(s) | Case No.:  16−12984<br>Chapter:  7 |
| Plaintiff(s)<br>Yolande E Essangui | Adversary No.:  16−00201<br>Judge:  James F. Schneider |

VS.

Defendant(s)
Firstmark Services
Golden Tree Asset Management LP
Citibank, N.A.
DeVry Medical International, Inc.
University Accountin Service, LLC
GSED Trust
American University of Antigua

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

>   Ronald J Drescher
>   Drescher & Associates
>   4 Reservoir Circle
>   Suite 107
>   Baltimore, MD 21208

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

May 03, 2016
Clerk of the
Bankruptcy Court
s/ Mark A. Neal

6/30/16 at 02:00 PM

101 W. Lombard Street, Courtroom 9–C, Baltimore, MD 21201

Dated: 5/5/16

          Mark A. Neal, Clerk of Court
          by Deputy Clerk, Carol Sofinowski
          410–962–4277



May 05, 2016
Clerk of the
Bankruptcy Court
s/ Mark A. Neal