Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Yolande E Essangui | CASE NO: 16-12984 |
| | ADVERSARY CASE NO: 16-00201 |
| Yolande E Essangui, | **DECLARATION OF MAILING CERTIFICATE OF SERVICE CERTIFIED MAIL** |
| v. | |
| Firstmark Services et al. | Chapter: 7 |
| | ECF Docket Reference No. |

On 5/5/2016, I did cause a copy of the following documents, described below,

SUMMONS AND NOTICE OF PRETRIAL,

DEBTOR'S AMENDED COMPLAINT TO DETERMINE PRIVATE STUDENT LOAN DISCHARGEABLE AS NOT A QUALIFIED EDUCATION LOAN COVERED BY 11 U.S.C. § 523(A)(8)

to be served for delivery by the United States Postal Service, via First Class United States Mail, CERTIFIED, Return Receipt Requested, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/5/2016

/s/ Ronald Drescher
Ronald Drescher  08712
Drescher & Associates
4 Reservoir CircleSuite 107
Pikesville, MD  21208
410 484 9000
rondrescher@drescherlaw.com

Drescher & Associates
Ronald Drescher
4 Reservoir CircleSuite 107
Pikesville, MD  21208

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

| DATE RECEIVED: May 05 2016 | TIME RECEIVED: 05:38AM | TOTAL SERVED: 12 |
|---|---|---|

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

IN RE:  Yolande E Essangui

Yolande E Essangui,

v.

Firstmark Services et al.

CASE NO: 16-12984

ADVERSARY CASE NO: 16-00201

**CERTIFICATE OF SERVICE
FIRST CLASS CERTIFIED MAIL**

Chapter: 7

ECF Docket Reference No.

On 5/5/2016, a copy of the following documents, described below,

SUMMONS AND NOTICE OF PRETRIAL,
DEBTOR'S AMENDED COMPLAINT TO DETERMINE PRIVATE STUDENT LOAN DISCHARGEABLE AS NOT A QUALIFIED EDUCATION LOAN COVERED BY 11 U.S.C. § 523(A)(8)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, CERTIFIED, return receipt requested, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2016

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Drescher & Associates
Ronald Drescher
4 Reservoir CircleSuite 107
Pikesville, MD  21208

```
PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


FIRSTMARK SERVICES                    GOLDEN TREE ASSET MANAGEMENT LP       CITIBANK N.A
SLF V 2015 TRUST                      ROBERT MATZA PRESIDENT                P.O. BOX 6191
121 S. 13TH STREET. SUITE 201         300 PARK AVENUE                       SIOUX FALLS SD 57117-6191
LINCOLN NE 68508                      21ST FLOOR
                                      NEW YORK NY 10022



CITIBANK N.A.                         DEVRY MEDICAL INTERNATIONAL INC.      DEVRY MEDICAL INTERNATIONAL INC.
RESIDENT AGENT:                       630 U.S. HIGHWAY ONE                  THE CORPORATION TRUST COMPANY
THE CORPORATION TRUST INCORPORATED    NORTH BRUNSWICK NJ 08902              RESIDENT AGENT
351 WEST CAMDEN STREET                                                      820 BEAR TAVERN ROAD
BALTIMORE MD 21201                                                          WEST TRENTON NJ 08628



UNIVERSITY ACCOUNTING SERVICE LLC     UNIVERSITY ACCOUNTING SERVICE LLC     GSED TRUST
P.O. BOX 918                          JOHN R. SCHWAB CEO                    200 WEST ST
BROOKFIELD WI 53008-0918              2520 SOUTH 170TH STREET               26TH FLOOR
                                      NEW BERLIN WI 53151-0955              NEW YORK NY 10282


                                                                                  CERTIFIED
AMERICAN UNIVERSITY OF ANTIGUA        AMERICAN UNIVERSITY OF ANTIGUA        CITIBANK N.A.
C/O MANIPAL EDUCATION AMERICAS LLC    C/O MANIPAL EDUCATION AMERICAS LLC    MICHAEL CORBAT CEO
ONE BATTERY PARK PLAZA                ATTN: MICHAAEL GOLDSMITH SILLS CUMMIS 388 GREENWICH STREET
33RD FLOOR                            & GROSS P.C.                          NEW YORK NY 10013
NEW YORK NY 10004                     30 ROCKEFELLER PLAZA 29TH FLR
                                      NEW YORK NY 10112
```

Case 16-00201    Doc 8    Filed 05/08/16    Page 3 of 3