IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| YOLANDE E. ESSANGUI | *   Case No. 16-12984 |
| | *   (Chapter 7) |
| Debtor | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | |
|---|---|
| YOLANDE E. ESSANGUI | * |
| Plaintiff | *   Adv. No. 16-00201 |
| v. | * |
| AMERICAN UNIVERSITY OF ANTIGUA, et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DISMISSAL AS TO AMERICAN UNIVERSITY OF ANTIGUA**

Yolande Essangui, through counsel, has confirmed that the Defendant, American University of Antigua ("AUA") has no interest in the student loans which are the subject matter of this adversary proceeding, and therefore requests that this adversary proceeding be dismissed against AUA only.

*/s/Ronald J. Drescher*
RONALD J. DRESCHER
Bar No. 08197
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000
Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24th day of May, 2016 a copy of the foregoing was served by regular U.S. mail, postage prepaid to:

Leonard A. Sclafani, Esq.
Sr. V.P. and General Counsel
Manipal Education Americas, LLC
Agent for American University of Antigua
1 Battery Park Plaza, 33rd Fl.
New York, New York 10004

                                          */s/Ronald J. Drescher*
                                          RONALD J. DRESCHER