# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No.  16-12984 |
| Yolande E. Essangui | ) | Chapter 7 |
| Debtor | ) | |
| Yolande E. Essangui | ) | |
| Plaintiff | ) | |
| v. | ) | Adv. Proc. No. 16-00201 |
| Firstmark Services | ) | |
| Golden Tree Asset Management, LP | | |
| Citibank, N.A. | ) | |
| DeVry Medical International, Inc. | | |
| University Accounting Service, LLC | ) | |
| GSED Trust | | |
| American University of Antigua | ) | |
| Defendants | ) | |

## <u>Stipulation to Extend Time to Respond to Amended Complaint</u>

It is hereby stipulated and agreed by and between Plaintiff, Yolande E. Essangui (the "Debtor"), and Defendant, GSED Trust, that the time for GSED Trust to answer or otherwise respond to the Debtor's Amended Complaint is extended through and including June 28, 2016.

Dated: June ____ 3 ____, 2016

By: _____          By: _____
Ronald J Drescher                          Michael L. Bernstein
Drescher & Associates                      Rosa J. Evergreen
4 Reservoir Circle                         Arnold & Porter LLP
Suite 107                                  601 Massachusetts Ave., NW
Baltimore, MD 21208                        Washington, DC 20001-3743
(410) 484-9000                             (202) 942-5000

*Attorneys for the Debtor*                 *Attorneys for GSED Trust I*