UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) Case No. 16-12984 |
| Yolande E. Essangui | ) Chapter 7 |
| Debtor | ) |
| Yolande E. Essangui | ) |
| Plaintiff | ) |
| v. | ) Adv. Proc. No. 16-00201 |
| Firstmark Services<br>Golden Tree Asset Management, LP<br>Citibank, N.A.<br>DeVry Medical International, Inc.<br>University Accounting Service, LLC<br>GSED Trust<br>American University of Antigua | ) |
| Defendants | ) |

### DEFENDANT GSED TRUST'S MOTION TO DISMISS
### AMENDED COMPLAINT

Defendant GSED Trust I ("GSED Trust"), by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 12, made applicable to this adversary proceeding through Fed. R. Bankr. P. 7012, for an order dismissing the adversary complaint against GSED Trust and the Second Claim for Relief in the Complaint with prejudice. The grounds in support of this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

Dated: June 28, 2016

By:   /s/ [signature]

Arnold & Porter LLP

Rosa J. Evergreen (#19610)
Charles Malloy
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
Rosa.evergreen@aporter.com

*Attorneys for GSED Trust I*

## CERTIFICATE OF SERVICE

    I, Rosa J. Evergreen, hereby certify that on this 28th day of June 2016, a true and correct copy of the foregoing was served via ECF upon all parties registered to receive service via ECF in this case.

/s/ *[signature]*
Rosa J. Evergreen