**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| In re: ) | Case No.  16-12984 |
| Yolande E. Essangui ) | Chapter 7 |
|     Debtor ) |  |
| Yolande E. Essangui ) |  |
|     Plaintiff ) |  |
|     v. ) | Adv. Proc. No. 16-00201 |
| Firstmark Services ) |  |
| Golden Tree Asset Management, LP |  |
| Citibank, N.A. ) |  |
| DeVry Medical International, Inc. |  |
| University Accounting Service, LLC ) |  |
| GSED Trust |  |
| American University of Antigua ) |  |
|     Defendants ) |  |

**[PROPOSED] ORDER GRANTING DEFENDANT GSED TRUST'S**
**MOTION TO DISMISS**

    Upon consideration of Defendant GSED Trust's Motion to Dismiss, it is this _____day of _____, 2016, hereby **ORDERED** that:

    1.    The motion is **GRANTED**; and

2. The Second Claim for Relief in the Complaint and the adversary proceeding against GSED Trust is **DISMISSED WITH PREJUDICE**.

 

_____
United States Bankruptcy Judge

**END OF ORDER**

cc:

Rosa J. Evergreen
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Ronald J. Drescher
4 Reservoir Circle
Suite 107
Baltimore, MD, 21028