UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) Case No. 16-12984 |
| Yolande E. Essangui | ) Chapter 7 |
| Debtor | ) |
| Yolande E. Essangui | ) |
| Plaintiff | ) |
| v. | ) Adv. Proc. No. 16-00201 |
| Firstmark Services<br>Golden Tree Asset Management, LP<br>Citibank, N.A.<br>DeVry Medical International, Inc.<br>University Accounting Service, LLC<br>GSED Trust<br>American University of Antigua | ) |
| Defendants | ) |

### FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant GSED Trust I (the "Trust") states that the Trust is a statutory trust created under and in accordance with Delaware law. The only publically traded company having any direct or indirect economic interest in the Trust is The Goldman Sachs Group, Inc.

GSED Trust submits this disclosure statement without prejudice to or waiver of any rights or defenses it may have.

Dated: June 28, 2016

By: *[signature]*
Arnold & Porter LLP

Rosa J. Evergreen (#19610)
Charles Malloy
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
Rosa.evergreen@aporter.com
*Attorneys for GSED Trust I*