**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Case No.  16-12984 |
| Yolande E. Essangui | ) | Chapter 7 |
|     Debtor | ) | |
| _____ | ) | |
| Yolande E. Essangui | ) | |
|     Plaintiff | ) | |
|        v. | ) | Adv. Proc. No. 16-00201 |
| Firstmark Services | ) | |
| Golden Tree Asset Management, LP | | |
| Citibank, N.A. | ) | |
| DeVry Medical International, Inc. | | |
| University Accounting Service, LLC | ) | |
| GSED Trust | | |
| American University of Antigua | ) | |
|     Defendants | ) | |
| _____ | | |

**[PROPOSED] ORDER GRANTING DEFENDANT GSED TRUST'S
<u>MOTION TO DISMISS</u>**

       Upon consideration of Defendant GSED Trust's Motion to Dismiss, it is this
_____day of _____, 2016, hereby **ORDERED** that:

       1.     The motion is **GRANTED**; and

2.    The Second Claim for Relief in the Complaint and the adversary proceeding against GSED Trust is **DISMISSED WITH PREJUDICE**.


_____
United States Bankruptcy Judge


**END OF ORDER**


cc:

    Rosa J. Evergreen
    Arnold & Porter LLP
    601 Massachusetts Ave., NW
    Washington, DC 20001-3743


    Ronald J. Drescher
    4 Reservoir Circle
    Suite 107
    Baltimore, MD, 21028