UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  16-12984 |
| Yolande E. Essangui | ) | Chapter 7 |
| Debtor | ) |  |
| Yolande E. Essangui | ) |  |
| Plaintiff | ) |  |
| v. | ) | Adv. Proc. No. 16-00201 |
| Firstmark Services<br>Golden Tree Asset Management, LP<br>Citibank, N.A.<br>DeVry Medical International, Inc.<br>University Accounting Service, LLC<br>GSED Trust<br>American University of Antigua | ) | |
| Defendants | ) | |

**Stipulation to Extend Time to Respond to Motion to Dismiss**

It is hereby stipulated and agreed by and between Plaintiff, Yolande E. Essangui (the "Debtor"), and Defendant, GSED Trust, that the time for Debtor to respond to the Defendant's Motion to Dismiss (Dkt. No. 13) is extended through and including August 31, 2016.

2

Dated: July 21, 2016

By: */s/Ronald J. Drescher*　　　　　　By:　*/s/Rosa J. Evergreen*
　　　Ronald J Drescher　　　　　　　　　　　Rosa J. Evergreen
　　　Drescher & Associates　　　　　　　　　Arnold & Porter LLP
　　　4 Reservoir Circle　　　　　　　　　　　601 Massachusetts Ave., NW
　　　Suite 107　　　　　　　　　　　　　　　Washington, DC 20001-3743
　　　Baltimore, MD 21208　　　　　　　　　　(202) 942-5000
　　　(410) 484-9000

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for GSED Trust I*

　　　*Attorneys for the Debtor*