IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-12984 |
| | * | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| YOLANDE E. ESSANGUI | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| AMERICAN UNIVERSITY OF ANTIGUA, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL AS TO GSED TRUST I**

Yolande Essangui, through counsel, requests that this adversary proceeding be dismissed against GSED TRUST I only.

                                                        */s/Ronald J. Drescher*
                                                        RONALD J. DRESCHER
                                                        Bar No. 08197
                                                        4 Reservoir Circle
                                                        Suite 107
                                                        Baltimore, MD 21208
                                                        (410) 484-9000
                                                        Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August, 2016 a copy of the foregoing was served by the Court's ecf system to:

Michael L. Bernstein
Rosa J. Evergreen
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

                                              */s/Ronald J. Drescher*
                                              RONALD J. DRESCHER