# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 9/1/16**

In re:  
**Yolande E Essangui**  
Debtor(s)

Case No.: 16–12984 – JS  
Chapter: 7

Adversary No.: 16–00201

**Yolande E Essangui**  
Plaintiff(s)

vs.

**Firstmark Services**  
Defendant(s)

# DEFICIENCY NOTICE

DOCUMENT: 15 – Defendant GSED Trust's Motion to Dismiss 5 Amended Complaint Against GSED Trust Filed by GSED Trust .

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/15/16.**

CURE: All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court  
by Deputy Clerk, Yvette Oliver  410–962–4424

cc: All Parties

Form defntc (11/2013)