United States Bankruptcy Court
District of Maryland

Essangui,
    Plaintiff

Adv. Proc. No. 16-00201-JS

Firstmark Services,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: yoliver     Page 1 of 1     Date Rcvd: Sep 01, 2016
                        Form ID: defntc     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
```
dft              Citibank, N.A.,    PO Box 6191,   Sioux Falls, SD  57117-6191
dft             +DeVry Medical International, Inc.,    630 U.S. Highway One,    North Brunswick, NJ 08902-3491
dft             +Firstmark Services,    SLF V 2015 Trust,    121 S. 13th Street,    Suite 201,
                  Lincoln, NE 68508-1911
dft             +GSED Trust,    200 West Street,    26th Floor,    New York, NY 10282-2102
dft             +Golden Tree Asset Management, LLP,    300 Park Avenue,    21st Floor,    New York, NY 10022-7403
dft             +SLF V-2015 Trust,    c/o Michael J. Klima, Jr.,    8028 Ritchie Highway,    Suite 300,
                  Pasadena, MD 21122-1360
dft              University Accounting Service, LLC,    PO Box 918,    Brookfield, WI  53008-0918
pla             +Yolande E Essangui,    418 C Woodlake Court,    Glen Burnie, MD 21061-5933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
```
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,   ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
```
                                                                 TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

**Date: 9/1/16**

| | |
|---|---|
| In re: | Case No.: 16−12984 − JS <br> Chapter: 7 |
| **Yolande E Essangui** <br> Debtor(s) | Adversary No.: 16−00201 |

**Yolande E Essangui**
Plaintiff(s)

vs.

**Firstmark Services**
Defendant(s)

# DEFICIENCY NOTICE

DOCUMENT: 15 − Defendant GSED Trust's Motion to Dismiss 5 Amended Complaint Against GSED Trust Filed by GSED Trust .

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/15/16.**

CURE: All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03−02, Local Bankruptcy Rule 9013−3)

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver  410−962−4424

cc: All Parties

Form defntc (11/2013)