IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-12984 |
| | * | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| YOLANDE E. ESSANGUI | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| AMERICAN UNIVERSITY OF ANTIGUA, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF DISMISSAL AS TO THE
## SECOND CLAIM FOR RELIEF

Yolande Essangui ("Plaintiff"), through counsel, requests that this adversary proceeding be dismissed against all defendants with respect to the Second Claim for Relief in the Amended Complaint filed with this Court [Dkt. No. 5] and dismissal of the Second Claim for Relief. Accordingly, Plaintiff seeks dismissal against defendants University Accounting Service, LLC and GSED Trust I (collectively, the "AUA Defendants"). Plaintiff does not seek dismissal against defendants Firstmark Services, Golden Tree Asset Management, LP, Citibank, N.A. and DeVry Medical International, Inc. As neither of the AUA Defendants have filed either an Answer to the Complaint nor a Motion for Summary Judgment, the Second Claim for Relief may be dismissed without a court order pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, incorporated into this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

*/s/Ronald J. Drescher*
RONALD J. DRESCHER
Bar No. 08197
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2016 a copy of the foregoing was served by the Court's ecf system to:

Michael L. Bernstein
Rosa J. Evergreen
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

*/s/Ronald J. Drescher*
RONALD J. DRESCHER

2