Signed: October 6th, 2016

ORDER IS IMPROPER.



**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 16-12984 |
| Yolande E. Essangui | ) | Chapter 7 |
|    Debtor | ) | |
| Yolande E. Essangui | ) | |
|    Plaintiff | ) | |
|       v. | ) | Adv. Proc. No. 16-00201 |
| Firstmark Services | ) | |
| Golden Tree Asset Management, LP | ) | |
| Citibank, N.A. | ) | |
| DeVry Medical International, Inc. | ) | |
| University Accounting Service, LLC | ) | |
| GSED Trust | ) | |
| American University of Antigua | ) | |
|    Defendants | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT GSED TRUST'S**
**MOTION TO DISMISS**

     Upon consideration of Defendant GSED Trust's Motion to Dismiss, it is this
_____day of _____, 2016, hereby **ORDERED** that:

    1.    The motion is **GRANTED**; and

2.      The Second Claim for Relief in the Complaint and the adversary proceeding against GSED Trust is **DISMISSED WITH PREJUDICE**.



_____
United States Bankruptcy Judge

**END OF ORDER**

cc:

Rosa J. Evergreen
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Ronald J. Drescher
4 Reservoir Circle
Suite 107
Baltimore, MD, 21028