```
                         United States Bankruptcy Court
                              District of Maryland
Essangui,
         Plaintiff                                       Adv. Proc. No. 16-00201-JS

Firstmark Services,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 0416-1          User: yoliver            Page 1 of 1            Date Rcvd: Oct 06, 2016
                              Form ID: pdfparty        Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
dft              Citibank, N.A.,   PO Box 6191,   Sioux Falls, SD  57117-6191
dft             +DeVry Medical International, Inc.,   630 U.S. Highway One,   North Brunswick, NJ 08902-3491
dft             +Firstmark Services,   SLF V 2015 Trust,   121 S. 13th Street,   Suite 201,
                   Lincoln, NE 68508-1911
dft             +GSED Trust,   200 West Street,   26th Floor,   New York, NY 10282-2102
dft             +Golden Tree Asset Management, LLP,   300 Park Avenue,   21st Floor,   New York, NY 10022-7403
dft             +SLF V-2015 Trust,   c/o Michael J. Klima, Jr.,   8028 Ritchie Highway,   Suite 300,
                   Pasadena, MD 21122-1360
dft              University Accounting Service, LLC,   PO Box 918,   Brookfield, WI  53008-0918
pla             +Yolande E Essangui,   418 C Woodlake Court,   Glen Burnie, MD 21061-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,  ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
                                                                                             TOTAL: 3
```

Signed: October 6th, 2016

ORDER IS IMPROPER.



**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-12984 |
| Yolande E. Essangui | ) | Chapter 7 |
| Debtor | ) | |
| Yolande E. Essangui | ) | |
| Plaintiff | ) | |
| v. | ) | Adv. Proc. No. 16-00201 |
| Firstmark Services | ) | |
| Golden Tree Asset Management, LP | | |
| Citibank, N.A. | ) | |
| DeVry Medical International, Inc. | | |
| University Accounting Service, LLC | ) | |
| GSED Trust | | |
| American University of Antigua | ) | |
| Defendants | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT GSED TRUST'S**
**MOTION TO DISMISS**

Upon consideration of Defendant GSED Trust's Motion to Dismiss, it is this _____ day of _____, 2016, hereby **ORDERED** that:

1.  The motion is **GRANTED**; and

2.	The Second Claim for Relief in the Complaint and the adversary proceeding against GSED Trust is **DISMISSED WITH PREJUDICE**.

_____
United States Bankruptcy Judge

**END OF ORDER**

cc:

Rosa J. Evergreen
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Ronald J. Drescher
4 Reservoir Circle
Suite 107
Baltimore, MD, 21028

NOT AN ORDER