United States Bankruptcy Court
District of Maryland

Essangui,
     Plaintiff                                                                     Adv. Proc. No. 16-00201-JS

Firstmark Services,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2016
                               Form ID: ntcpyrtm      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.
```
dft            Citibank, N.A.,    PO Box 6191,   Sioux Falls, SD  57117-6191
dft           +DeVry Medical International, Inc.,    630 U.S. Highway One,    North Brunswick, NJ 08902-3491
dft           +Firstmark Services,    SLF V 2015 Trust,    121 S. 13th Street,    Suite 201,
                 Lincoln, NE 68508-1911
dft           +GSED Trust,    200 West Street,    26th Floor,    New York, NY 10282-2102
dft           +Golden Tree Asset Management, LLP,    300 Park Avenue,    21st Floor,    New York, NY 10022-7403
dft           +SLF V-2015 Trust,    c/o Michael J. Klima, Jr.,    8028 Ritchie Highway,    Suite 300,
                 Pasadena, MD 21122-1360
dft            University Accounting Service, LLC,    PO Box 918,    Brookfield, WI  53008-0918
pla           +Yolande E Essangui,    418 C Woodlake Court,    Glen Burnie, MD 21061-5933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
```
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,   ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
```
                                                                                                                                                   TOTAL: 3

Form ntcpyrtm

## NOTICE OF INCORRECT OR INSUFFICIENT ADDRESS

The Court was notified that mail sent to DeVry Medical International, Inc. was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.

Pursuant to Local Bankruptcy Rule 4002−1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.

Pursuant to Local Bankruptcy Rule 9010−2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.

Debtor/Creditor is advised that a notice of current address or address change for DeVry Medical International, Inc. must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

Dated: 10/24/16

Mark A. Neal, Clerk of Court
by Deputy Clerk,