IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| | * | Chapter 7 |
| Debtor | | |
| * * * * * * * * | * | * * * * * |
| Yolande E Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| Firstmark Services, et al. | * | |
| Defendants. | * | |

**JOINT RULE 26(f) STATEMENT**

Plaintiff Yolande E Essangui., by her attorneys, Ronald J. Drescher and Drescher & Associates, P.A., and Defendant, Firstmark Services, aka SLF V-2015 Trust, by its attorneys Michael J. Klima, Jr. and and Peroutka, Miller, Klima & Peters, P.A., jointly agree on the following schedule:

1. Discovery Deadline:     March 31, 2017

2. Dispositive Motions Deadline:   April 30, 2017

3. Parties believe the trial will be one (1) day.

                               /s/
                             Michael J. Klima, Jr., #25562
                             Peroutka, Miller, Klima & Peters, P.A.
                             8028 Ritchie Highway, Suite 300
                             Pasadena, MD 21122

Telephone: (410) 553-9491
Email: jklima@peroutkalaw.com
*Counsel for Defendant, SLF V-2015 Trust*


_____/s/_____
Ronald J. Drescher (Bar No. 08712)
DRESCHER & ASSOCIATES, P.A.
4 Reservoir Circle, Suite 107
Baltimore, Maryland 21208
Tel: (410) 484-9000
Fax: (410) 484-8120
Email: *rondrescher@drescherlaw.com*

*Counsel for Yolande Essangui*