## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| | * | Chapter 7 |
| Debtor | | |
| * * * * * * * | * | * * * * * |
| Yolande E Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| Firstmark Services, et al. | * | |
| Defendants. | * | |
| * * * * * * * | * | * * * * * |

## NOTICE OF SERVICE

I, Ronald J. Drescher, Esquire, hereby certify that on December 20, 2016, I served a copy of PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR ADMISSION and REQUESTS FOR THE PRODUCTION OF DOCUMENTS to Defendant by first-class mail and e-mail, postage pre-paid on the following:

>Michael J. Klima, Jr.
>Peroutka, Miller, Klima & Peters, P.A.
>8028 Ritchie Highway, Suite 300
>Pasadena, MD 21122
>Email: jklima@peroutkalaw.com

Dated: December 20, 2016

>Respectfully submitted,

/s/*Ronald J. Drescher*
Ronald Drescher, Bar No. 08712
Drescher & Associates, P.A.
4 Reservoir Circle, #107
Baltimore, MD 21208
(410) 484-9000
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Notice of Service* was sent via U.S. mail, postage prepaid, on this the 20th day of December, 2016 to:

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122

_____/s/_____
Ronald J. Drescher