**IN THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE DISTRICT OF MARYLAND**</u>

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 16-1-2984-JS |
| Yolande E. Essangui, . | * | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Yolande E. Essangui, | * | Adversary No. 16-00201 |
| Plaintiff | * | |
| v. | * | |
| Firstmark Services et al., | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF SERVICE OF DISCOVERY MATERIAL**</u>

Michael J. Klima, Jr., the undersigned, attorney for Defendant, SLF V-2015 Trust, hereby certifies that on the 23rd day of January, 2017, Defendant SLF V-2015 Trust's Answers To Plaintiff's First Set Of Requests For Admission To Defendant SLF V-2015 Trust was sent, first class mail, postage prepaid, to Ronald J. Drescher, Esq., 4 Reservoir Circle, Suite 107, Baltimore, MD 21208.

 

Michael J. Klima, Jr.
810 Glen Eagles Court
Suite 312
Baltimore, MD 21286
(410)837-1140
Attorney for Defendant
File No. 16-13093