## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984 -JS (Chapter 7) |
| Debtor | * | |
| * * * * * * * | | |
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

SLF V-2015 Trust, Defendant, by its attorney, Michael J. Klima, Jr., files its Motion For Enlargement Of Time To Respond To Discovery and states as follows:

1. On December 20, 2016, the Plaintiff, Yolande E. Essangui, served Interrogatories, Requests for Production of Documents, and Requests For Admissions on Defendant.

2. Defendant's response to those discovery requests was due by January 20, 2017.

3. On January 19, 2017, the Plaintiff agreed to extend the time for Defendant to responds to its discovery requests to February 10, 2017.

4.     The Defendant continues to gather information from its loan servicer necessary for it to respond to Plaintiff's discovery and requests an additional fourteen days for it to serve its response to those discovery requests.

WHEREFORE, SLF V-2015 Trust, Defendant, respectfully requests the Court enlarge the time for it to respond to the Plaintiff's discovery requests..

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr. #25562
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122
(410)768-2280
Attorney File: 16-13093

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February 2017, a copy of the foregoing Motion For Enlargement Of Time To Respond To Discovery was electronically served on:

Ronald J. Drescher, Esq.
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr.