IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984 -JS (Chapter 7) |
| Debtor | * | |
| * * * * * * * | | |
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * *

**ORDER ENLARGING TIME FOR SLF V-2015 TRUST TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Upon consideration of the Motion for Enlargement Of Time To Respond To Discovery filed by the Defendant, SLF V-2015 Trust, it is, by the Unites States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that said Motion be, and it hereby is, granted; and it is further

ORDERED, the time for the Defendant to respond to the Plaintiff's discovery requests be, and it hereby is, enlarged to March 14, 2017.

cc: Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Ronald J Drescher
Drescher & Associates
4 Reservoir Circle
Suite 107
Baltimore, MD 21208