**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| | | Case No.  16-1-2984 -JS |
| YOLANDE E. ESSANGUI | * | Chapter 7 |
| Debtor | * | |

* * * * * * * *

| | | |
|---|---|---|
| YOLANDE E. ESSANGUI | * | Adversary No. 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * * *

**NOTICE OF SERVICE OF DISCOVERY MATERIAL**

Michael J. Klima, Jr., the undersigned, attorney for Defendant, SLF V-2015 Trust, hereby certifies that on the 28th day of February, 2014, Defendant served its Interrogatories, Requests For Admissions, and Request for Production of Documents and this Notice via electronic mail on the Plaintiff's counsel: Ronald J. Drescher, Esq., 4 Reservoir Circle, Suite 107 Baltimore, MD 21208.

      /s/Michael J. Klima, Jr.
Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122
410-768-2280
Attorney for Defendant
File No. 16-13093