**IN THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE DISTRICT OF MARYLAND**</u>

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 16-1-2984-JS |
| Yolande E. Essangui,  . | * | Chapter 7 |
| Debtor | * | |

* * * * * * * *

| | | |
|---|---|---|
| Yolande E. Essangui, | * | Adversary No. 16-00201 |
| Plaintiff | * | |
| v. | * | |
| Firstmark Services et al., | * | |
| Defendant | * | |

* * * * * * * * * * * * *

<u>**NOTICE OF SERVICE OF DISCOVERY MATERIAL**</u>

Michael J. Klima, Jr., the undersigned, attorney for Defendant, SLF V-2015 Trust, hereby certifies that on the 8th day of March, 2017, Defendant SLF V-2015 Trust's Answers To Plaintiff's Interrogatories and Requests for Production of Documents sent, via electronic mail to Ronald J. Drescher, Esq., 4 Reservoir Circle, Suite 107, Baltimore, MD 21208.

<u>/s/Michael J. Klima, Jr.</u>
Michael J. Klima, Jr.
810 Glen Eagles Court
Suite 312
Baltimore, MD 21286
(410)837-1140
Attorney for Defendant
File No. 16-13093