United States Bankruptcy Court
District of Maryland

Essangui,
        Plaintiff                                         Adv. Proc. No. 16-00201-JS

Firstmark Services,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1         User: yoliver            Page 1 of 1              Date Rcvd: Mar 07, 2017
                             Form ID: pdfparty        Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
dft            Citibank, N.A.,   PO Box 6191,   Sioux Falls, SD  57117-6191
dft            +DeVry Medical International, Inc.,   630 U.S. Highway One,   North Brunswick, NJ 08902-3491
dft            +Firstmark Services,   SLF V 2015 Trust,   121 S. 13th Street,   Suite 201,
                 Lincoln, NE 68508-1911
dft            +GSED Trust,   200 West Street,   26th Floor,   New York, NY 10282-2102
dft            +Golden Tree Asset Management, LLP,   300 Park Avenue,   21st Floor,   New York, NY 10022-7403
dft            +SLF V-2015 Trust,   c/o Michael J. Klima, Jr.,   8028 Ritchie Highway,   Suite 300,
                 Pasadena, MD 21122-1360
dft             University Accounting Service, LLC,   PO Box 918,   Brookfield, WI  53008-0918
pla            +Yolande E Essangui,   418 C Woodlake Court,   Glen Burnie, MD 21061-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
          Charles Alan Malloy    charles.malloy@aporter.com
          Michael J. Klima    bankruptcy@peroutkalaw.com
          Ronald J Drescher    ecfdrescherlaw@gmail.com,  ecf1drescherlaw@gmail.com,
           ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
           G25092@notify.cincompass.com
                                                                          TOTAL: 3

Entered: March 7th, 2017
Signed: March 6th, 2017

**SO ORDERED**



James F. Schneider
**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **16–12984 – JS**    Chapter: **7**    Adversary No.: **16–00201**

**Yolande E Essangui**
Debtor

**Yolande E Essangui**
Plaintiff(s)

vs.

**Firstmark Services, et al**
Defendant(s)

## SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL

For good cause appearing, IT IS ORDERED

1. The parties' Rule 26(f) Report (the "Report") filed in this adversary proceeding is approved.

2. The parties are required to observe all deadlines and scheduled dates set forth in the Report.

3. A Status Report from all counsel setting forth fully the status of the case is due on June 30, 2017.

4. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016–1(c), and copies exchanged with opposing counsel by August 14, 2017.

INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE–FILED.

Each set of pre–filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

IF EXHIBITS ARE NOT PRE–FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE.

5. Exhibits not objected to in writing by August 28, 2017 will stand as admitted into evidence.

6. TRIAL IS SET FOR September 14, 2017 at 10:00 a.m. in Courtroom 9–C.

7. Copies of all pleadings are to be served on the Office of the U.S. Trustee at 101 West Lombard Street, Suite 2650,

Baltimore, Maryland 21201.

cc:    All parties

## End of Order

33x02 (rev. 07/11/2011) – akomisarek

ATTACHMENT TO THE SCHEDULING ORDER

INSTRUCTIONS FOR PRETRIAL MEMORANDA

A. Each plaintiff shall set out a brief statement of facts to be proven in support of plaintiff's claims and a separate statement of the legal theories supporting each claim.

B. Each defendant shall set out a brief statement of facts to be proven as a defense to each claim and a separate statement of the legal theories in support of each affirmative defense.

The following items must be supplied by all parties:

1. Where applicable, similar statements shall be filed with respect to a counter–claim, cross claim or third–party claim and defense thereto.

2. All parties must file a statement of claims and defenses no longer prosecuted.

3. Stipulations of fact by the parties are encouraged to shorten trial time and to obviate the necessity of calling witnesses solely for the purposes of authentication of undisputed facts.

4. Damages claimed must be stated in detail as of the date of the pre–trial memorandum and, if applicable, a precise statement of any other relief sought.

5. List separately each document or other exhibit that may be offered in evidence other than those expected to be used solely for impeachment.

6. List the name of each witness expected to be called on the party's behalf, other than a witness who may be called solely for impeachment purposes. Give address and telephone number of each witness listed.

7. List the name and area of expertise of each expert that the party proposes to call as a witness.

8. If any portion of a deposition will be offered by a party in its case in chief, identify the date, line numbers and pages of the deposition. Any other party must make a counter–designation as under Rule 32(a)(4) Fed.R.Civ.P.