**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| | | Case Number 16-1-2984-JS |
| YOLANDE E. ESSANGUI | * | Chapter 7 |
| Debtor | * | |
| * * * * * * * * * | | |
| YOLANDE E. ESSANGUI | * | Adversary No. 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * * *

**NOTICE OF SERVICE OF SUBPOENA**

Michael J. Klima, Jr., the undersigned, attorney for Defendant, SLF V-2015 Trust, hereby certifies that on the 30th day of March, 2017, I served a Subpoena To Produce Documents on DeVry Medical International. A copy of said subpoena is attached and has been electronically served on the Plaintiff's counsel: Ronald J Drescher, Drescher & Associates, 4 Reservoir Circle, Suite 107, Baltimore, MD 21208.

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr.
810 Glen Eagles Court
Suite 312
Baltimore, MD 21286
(410)837-1140
Attorney for Defendant
File No. 16-13093