Entered: April 3rd, 2017
Signed: April 3rd, 2017

**SO ORDERED**



**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984 -JS |
| | | (Chapter 7) |
| Debtor | * | |
| * * * * * * * | | |
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |
| * * * * * * * * * * * * * | | |

### ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the Motion To Extend Discovery Deadline filed by the Defendant, SLF V-2015 Trust, it is, by the Unites States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that said Motion be, and it hereby is, granted; and it is further

ORDERED, the discovery deadline (but not the time by which Plaintiff is to respond to Defendant's discovery requests) be, and it hereby is extended to April 30, 2017; and it is further

ORDERED, that the dispositive motion filing deadline be, and it hereby is, extended to May 31, 2017.

cc:     Michael J. Klima, Jr.
        Peroutka, Miller, Klima & Peters, P.A.
        8028 Ritchie Highway
        Suite 300
        Pasadena, MD 21122


        Ronald J Drescher
        Drescher & Associates
        4 Reservoir Circle
        Suite 107
        Baltimore, MD 21208