United States Bankruptcy Court
District of Maryland

Essangui,
    Plaintiff                                     Adv. Proc. No. 16-00201-JS

Firstmark Services,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-1       User: yoliver           Page 1 of 1           Date Rcvd: Apr 03, 2017
                       Form ID: pdfparty     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
dft              Citibank, N.A.,    PO Box 6191,   Sioux Falls, SD  57117-6191
dft             +DeVry Medical International, Inc.,    630 U.S. Highway One,    North Brunswick, NJ 08902-3491
dft             +Firstmark Services,    SLF V 2015 Trust,    121 S. 13th Street,    Suite 201,
                  Lincoln, NE 68508-1911
dft             +GSED Trust,    200 West Street,    26th Floor,    New York, NY 10282-2102
dft             +Golden Tree Asset Management, LLP,    300 Park Avenue,    21st Floor,    New York, NY 10022-7403
dft             +SLF V-2015 Trust,    c/o Michael J. Klima, Jr.,    8028 Ritchie Highway,    Suite 300,
                  Pasadena, MD 21122-1360
dft              University Accounting Service, LLC,    PO Box 918,    Brookfield, WI  53008-0918
pla             +Yolande E Essangui,    418 C Woodlake Court,    Glen Burnie, MD 21061-5933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
```
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,  ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
```
                                                                                                                                                TOTAL: 3

Entered: April 3rd, 2017
Signed: April 3rd, 2017

**SO ORDERED**



JAMES F. SCHNEIDER
U.S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984-JS |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER EXTENDING DISCOVERY DEADLINE**

Upon consideration of the Motion To Extend Discovery Deadline filed by the Defendant, SLF V-2015 Trust, it is, by the Unites States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that said Motion be, and it hereby is, granted; and it is further

ORDERED, the discovery deadline (but not the time by which Plaintiff is to respond to Defendant's discovery requests) be, and it hereby is extended to April 30, 2017; and it is further

ORDERED, that the dispositive motion filing deadline be, and it hereby is, extended to May 31, 2017.

cc:  Michael J. Klima, Jr.
    Peroutka, Miller, Klima & Peters, P.A.
    8028 Ritchie Highway
    Suite 300
    Pasadena, MD 21122

    Ronald J Drescher
    Drescher & Associates
    4 Reservoir Circle
    Suite 107
    Baltimore, MD 21208