**FINANCIAL AID PLANNING GUIDE**



# American University of the Caribbean School of Medicine

**OFFICE OF STUDENT FINANCE**

485 US Highway 1 South, Building B,
4th Floor, Iselin, NJ 08830
**Telephone:** (732) 509-4703
           (732) 509-4858
**Fax:** (732)-509-4852
**Email:** FinAid@AUCmed.edu
        Accounts@AUCmed.edu
**Online:** www.aucmed.edu/studentfinance

**AMERICAN UNIVERSITY OF THE CARIBBEAN SCHOOL OF MEDICINE**

Students accepted for admission to American University of the Caribbean School of Medicine (AUC) and those who are in attendance and maintaining standards of satisfactory academic progress may apply for student loans to meet direct and indirect educational expenses. Students must be a United States citizen, permanent resident, or other eligible noncitizen to be eligible for loans through the William D. Ford Federal Direct Loan Program and most private loan programs described in this publication.

Additionally, a student must not be in default on prior federal student loans or have outstanding overpayments for prior loans/grants at any institution. Each continuing student must also comply with the institutional Satisfactory Academic Progress Policy (SAP) as published in the Student Handbook. The maximum loan amount for which a student is eligible may not exceed the **Cost of Attendance** for the academic period in which the student is enrolled. First year estimates for **Cost of Attendance** are included in this publication and may be adjusted by the University each semester or calendar year.

Students accepted to the Medical Education Readiness Program (MERP) are not eligible for federal student loans, however they may be eligible for private loan programs at the lender's discretion. Students must be credit-worthy or have a credit-worthy co-signer that meets the lender's requirements.

**Canadian citizens** may be eligible for loans through the Canadian government and/or private loan programs. For more information, please refer to the Financial Planning Guide for Canadian Students, which is available online at **www.aucmed.edu/student-finance**.

## FINANCIAL AID APPLICATION PROCESS

### Step One

A prospective applicant to AUC should not wait until acceptance before completing the appropriate documents. Students (U.S. Citizens/permanent residents/other eligible noncitizens only) in need of financial assistance to help with the payment of tuition, fees, and other related costs, are advised to submit the 2014-2015 Free Application for Federal Student Aid (FAFSA). The FAFSA can be completed online at www.fafsa.ed.gov. Graduate and professional level students are considered independent for federal purposes, and therefore do not need to provide data or signatures for their parents.

Students attending the 2014-2015 award year should submit their application no later than 3 months prior to their semester start date. Applications will be accepted after this date, but delivery of funds may be delayed.

### FAFSA Federal School Code
American University of the Caribbean is: **G22444**

Students who do not complete the process before tuition and fees are due (usually 30 days in advance of the start of a semester) should be prepared to make payment from personal resources until loans are approved and credited to the student's account.

### Step Two

Typically, federal financial aid recipients are eligible for a maximum of $10,250 in Federal Direct Unsubsidized Loans per semester. In addition, most students will apply for the Federal Direct Graduate PLUS Loan to cover the remaining tuition costs, as well as living and other "indirect" expenses for the semester. The Graduate PLUS loan approval is based on the last 5 years of your credit history. It is EXTREMELY important to review your credit history. You can request a free credit report at www.annualcreditreport.com. You may also

request a preapproval for your Graduate PLUS loan at www.studentloans.gov. Students may find that they are not credit-worthy on their own (and must obtain a co-signer) or need time to resolve credit issues that affect their credit-worthiness. This process can often take several months to address. Students who start the process early will have a better chance of receiving their loans on time.

## ADDITIONAL INFORMATION REQUESTS

Once your Free Application for Federal Student Aid (FAFSA) has been processed, you may be asked to submit additional information to the Office of Student Finance. If you need to provide additional documentation, you will receive an email indicating which documents are required.

Students will receive a "Missing Item" letter via e-mail from the Office of Student Finance indicating which documents are needed for financial aid eligibility determinations. If a student's financial aid file remains incomplete 15 days after a Final Missing Item letter is mailed, the file will be placed in an "inactive" status and the student will be responsible for payment of tuition and fees to the University from personal resources.

Commonly, the following documents are needed if a student's Student Aid Report (SAR) indicates one of the following:

- **The student is selected for verification, which is indicated on the SAR with an asterisk (*) next to the EFC number.** Verification concerns applicants for most FSA programs, but it isn't required if the student will only receive a Graduate PLUS loan, Federal Direct Unsubsidized loan, a TEACH grant, a Federal Direct Unsubsidized loan at a foreign school, or GAP funds. Students at AUC are not required to complete the verification process; however the school may still request documents to reconcile any conflicting information that may exist on the student's application. Graduate students are not eligible for any need-based loans. No student action is needed if the SAR is selected for verification unless notified otherwise by the Office of Student Finance.

- **A Comment Code is present on the SAR.**
  A Comment Code could indicate several things. Some common issues include a mismatch of name, Social Security number, date of birth, citizenship/permanent residence, no record of Selective Service registration or an indication of a prior student loan default. In these cases, the appropriate documentation must be submitted to the Office of Student Finance.
  - We will request the appropriate documentation when a comment code is indicated.
  - If there is a Selective Service registration issue, the student must contact the Selective Service System at (847)-688-6888 and provide acceptable documentation that the problem has been resolved.
  - Proof of cleared loan default status from the student loan agency will be requested to resolve a defaulted loan status.

## AWARD NOTICES

Financial Aid eligibility can only be determined after all appropriate forms are reviewed and the file is considered "complete." **Eligibility will not be determined until a student has been accepted as a new/transfer student.**

If the FAFSA has been submitted and all requested documents (if any) are received, eligibility is determined and an Award Notification and Acceptance Page is e-mailed to the student. In addition to the type and amount of loans for which the student is eligible, the Award Notification and Acceptance Page includes information, statements and disclosures for continued eligibility.

Students will receive a revised award letter if a student's loan eligibility changes based on receipt of scholarship awards, change in FAFSA information, etc.

**AMERICAN UNIVERSITY OF THE CARIBBEAN SCHOOL OF MEDICINE**

## LOAN ACCEPTANCE PROCESS

If you wish to accept the **Federal Direct Unsubsidized Loan** for AUC you must complete the following:

- Federal Direct Unsubsidized Loan and Federal Direct Grad PLUS Loan Entrance Counseling at **www.studentloans.gov**
- Federal Direct Unsubsidized Master Promissory Note (MPN) with the U.S. Department of Education at **www.studentloans.gov**

If you wish to accept the **Federal Direct Graduate PLUS Loan**, you must complete the following:

- A Federal Direct Graduate PLUS Loan Master Promissory Note (MPN) with the U.S. Department of Education at **www.studentloans.gov**

All students who are accepting federal aid must answer the Title IV Authorization (included on the Award Notification and Acceptance Page) to authorize retention of financial aid funds to pay for either tuition only or tuition and all institutional fees.

## COST OF ATTENDANCE AND EXPECTED FAMILY CONTRIBUTION (EFC)

Sample costs of attendance are listed below for students for two semesters. Costs are estimated and are subject to change without notice.

*Please note that consumer or other personal debt (credit cards, legal fees, etc.) cannot be included in the Cost of Attendance for Financial Aid purposes.

*Consumer Information and total program costs can be retrieved at http://www.aucmed.edu/student-consumer-information

The student contribution is based upon a formula enacted into law by Congress called the Federal Methodology. The student contribution may be found on the electronic SAR as the Expected Family Contribution, also known as the EFC.

Any corrections to the income and asset data may be made online at **www.fafsa.ed.gov**.

| | |
|---|---:|
| Sample Cost of Attendance for 2 semesters: | $72,160 |
| Minus maximum Federal Direct Unsubsidized loan: | – $20,500 |
| **Equals the Graduate PLUS eligibility:** | **$51,660** |

Thus, the student would be eligible for the maximum Federal Direct Unsubsidized loan of $20,500 and a Federal Direct Grad PLUS loan of $51,660 for a maximum total of $72,160. The Department of Education charges origination fees on the Federal Direct Unsubsidized loan and the Federal Direct Graduate PLUS loan.

Rates effective as of 10/1/2014:
**Federal Direct Unsubsidized loan origination fee: 1.073%**
**Federal Direct Graduate PLUS loan origination fee: 4.292%**

Borrow wisely! Borrowing funds to pay for your educational costs are a tremendous obligation and the loans must be repaid so future students continue to have the same opportunities. Please utilize the loan calculator available at **www.aucmed.edu/student-finance** to determine your financial need to cover your actual expenses.

If you default, you risk negatively affecting your credit, which will burden you for many years. Thus, even though you may be eligible for a larger amount, we urge you to borrow only what you need in order to cover your educational expenses. Credit cards or other debt (including prior student loans) cannot be included as educational expenses.

## LOAN SOURCES

**The Federal Direct Loan Program** offers the following types of loans to eligible U.S. citizens and permanent residents:

- **Federal Direct Unsubsidized Loan** – This is a non-need-based Federal loan with a $20,500 academic year (two semesters) maximum. Unsubsidized loans charge interest from the time the money is first disbursed until it is paid in full. The interest is capitalized, meaning that you pay interest on any interest that has already accrued. The borrower is responsible for the interest that accrues during all periods. One way to minimize how much interest accrues is to contact your loan servicer to arrange to pay the interest as it accumulates. The interest rate for the 2014-2015 award year is 6.21%. If the borrower chooses not to pay the interest while in school, the interest will be capitalized, which means that the accrued interest is added to the outstanding principal balance at repayment. Deferring interest payments while in school adds to the overall repayment cost of the loan.
  - Because AUC is a foreign medical school, our students are not eligible for the additional $20,000 Unsubsidized Federal Direct Loans. **The combined aggregate borrowing limit of $138,500 for the subsidized and unsubsidized loans includes any prior outstanding undergraduate/graduate Federal Direct Subsidized and/or Unsubsidized loans.**
- **Federal Direct Graduate PLUS Loan** - This is a non-need-based federal loan for which the student can borrow up to the school's cost of attendance, less other financial aid. The interest rate for the 2014-2015 award year is 7.21%. The Graduate PLUS credit decision is based on the last 5 years of your credit history. You can obtain a free copy of your credit report at **www.annualcreditreport.com**. This will advise you if there is adverse credit in your name, such as a payment over 90 days late, an account in collections, etc. You will want to contact these creditors and obtain a letter from them on their letterhead that states the account is in good standing in order to appeal a credit denial for the PLUS loan. If your credit cannot be repaired, you may need to add an endorser (cosigner) for the loan. Your endorser will need to log on to **www.studentloans.gov** with their own PIN to complete an endorser addendum. If they do not have a PIN, they can obtain one at **www.pin.ed.gov**. The following is a link to advise you of the documents required to appeal particular adverse credit: **https://studentloans.gov/myDirectLoan/whatYouNeed.action?page=credit** The repayment period on Federal Graduate PLUS loans begins 60 days after the loan is fully disbursed.

The standard, 10-year repayment period for Federal Direct Unsubsidized Loans begins six months after the student graduates or drops below half-time enrollment. There may be alternative repayment options available based on eligibility as determined by the Department of Education. The interest rate on loans is established by the Federal government each year on July 1st. The current origination fee for the Federal Direct Unsubsidized Loan is 1.073% and 4.292% for the Federal Direct Graduate PLUS loan. The current fixed interest rate for the Federal Direct Unsubsidized Loan is 6.21% and 7.21% for the Federal Direct Graduate PLUS Loan.

## LENDERS

AUC participates in the William D. Ford Federal Direct Loan Program. Students who are U.S. citizens or permanent residents are typically eligible for Direct Loans, and the lender is the U.S. Department of Education. All Master Promissory Notes for Direct Loans must be completed online at the U.S. Department of Education website at **http://studentloans.gov**.

## PRIVATE LOAN PROGRAMS

AUC does not make any recommendations regarding lender selection. The lenders are listed in alphabetical order, and therefore do not indicate any sort of rank or preference. Students are encouraged to review each lender's terms and conditions before selecting a lender. Lender terms and eligibility criteria sometimes change, and while all of the lenders listed currently provide loans to AUC students, they may not always do so. Students may choose to borrow from one of the lenders listed or from any other lender.

Please contact **FinAid@AUCmed.edu** for the updated list of lenders that have made loans to DeVry Education Group. (DeVry University, Chamberlain College of Nursing, Carrington College, Carrington College of California, Ross Medical and

Veterinary Schools, American University of the Caribbean and Keller Graduate School of Management) students in the past, and continue to do so as of the date listed in the document. If you have any credit issues, you may need to obtain a co-borrower. A co-borrower also assumes responsibility for the loan to make sure the loan is repaid as agreed. The loan will appear on the co-borrower's credit report. In the event that your payments are late or remain unpaid, this will also appear on your co-borrower's credit history.

Please be sure to check your credit history now so that you have time to resolve any outstanding credit problems. You can obtain a free copy of your credit report at **www.annualcreditreport.com**. You will most likely need to borrow additional credit based loans in your future educational costs.

## RESIDENCY & RELOCATION LOAN PROGRAMS

Residency and Relocation Loans are available for students in their second through final years of studies. In addition to your normal financial aid package, certain student loan lenders offer the Residency & Relocation Loans, which provide up to $20,000 to help students pay for exam review classes, internship-residency interviewing and residency relocation expenses. This loan is credit-based with a lifetime limit of $12,500-$20,000, depending on the lender. Students must be enrolled and need funds to cover the cost of an exam review class, internship/residency interviewing and/or relocation expenses. Documentation of the specific needs may be required when applying for the loan. Funds are sent directly to you.

## STUDENT LOAN DISBURSEMENTS

Billing and student loan disbursements are processed by the Office of Student Finance. Disbursements of loan funds are made in two installments for an academic year- once per semester. If any tuition and fees are outstanding, funds are credited to a student's account on a first-in basis. Any credit balance remaining is forwarded to the student by the Office of Student Finance, usually within ten days after receipt of the disbursement, provided the student has confirmed enrollment on campus and is making satisfactory academic progress. For those who apply on time, disbursements usually arrive at the University 13 days in advance of the start of a semester. The disbursement of these funds is made on the 10th day before the first day of classes. The Office of Student Finance is responsible for confirming eligibility of the student prior to release of any funds.

In order for funds to be released, continuing students must be registered, making satisfactory academic progress and have satisfied all other requirements as outlined in the AUC Student Handbook. **Funds will be distributed to students who have confirmed their attendance on the campus during the first week of classes. Funds will be returned to the lender for students who do not confirm their attendance on the campus and/or have failed to satisfy all other University requirements. Loans are not available during periods in which students are not enrolled or rotating.**

## CANCELLATION AND RETURN OF LOAN PROCEEDS

Upon receipt of the Financial Aid Award Letter, the student has the opportunity to cancel or reduce the loan amounts awarded. Completed online loan applications will be certified by your Student Finance Advisor based on the amount requested on the Award Letter and corresponding loan applications, as long as those amounts do not exceed the student's eligibility and Cost of Attendance. The University must notify the student of a disbursement to their account.

A student also has the right to cancel the Federal Direct Unsubsidized, Federal Direct Grad PLUS or Private Loans after the loan is disbursed to the institution by the lender within 14 days. In order for the University to return the loan proceeds to the lender in a timely fashion, the Office of Student Finance must receive a written request from the student within 14 days of the date on the notice of disbursement to the student. Any

combination of loan proceeds released to the student as a credit balance must be returned to the institution within the cancellation timeframe in order to accommodate the student's request for cancellation. If there is an outstanding balance on the student's account, the student must pay that obligation by making arrangements with the Office of Student Finance within the cancellation timeframe. Students should also contact the lender/servicer in instances where they may want to return all or part of their loan proceeds. Please contact the Office of Student Finance for additional assistance.

The University Office of Student Finance is required to cancel or return Financial Aid proceeds in cases where it is determined that the student has falsified documents or provided fraudulent documents or information. All cases of fraudulent activity will be reported to the Vice President of Academic Affairs, Campus Dean, DeVry Education Group Regulatory Affairs and the U.S. Department of Education's Office of the Inspector General.

## LOAN MANAGEMENT

Students who have outstanding educational loans from prior institutions should request an enrollment verification letter from the Office of the Registrar that is customized to reflect the dates of enrollment and enrollment status. This letter may be sent to student loan lenders, insurance companies, or other agencies that require proof of enrollment. This may also be used to request "In-School" deferment from the guarantee agency or servicer of their prior loans.

## FUND AVAILABILITY

If all requirements are satisfied, financial aid credit balances will be delivered to students upon completion of the confirmation process. Normally, credit balances are available to students during the first week of the semester. Students should be prepared to cover at least one month's living expenses at the beginning of the semester if they have filed late or have experienced difficulties with loan approval.

## CONTINUING STUDENTS

Continuing students must reapply for financial aid each award year by filing the FAFSA. We recommend that you complete the upcoming years application by March 15th to ensure timely processing of financial awards. Continuing students must continue to satisfy all University requirements and standards including, but not limited to Admissions, Satisfactory Academic Progress (SAP) and Registration to remain eligible for Federal Student Financial Aid.

Conditionally accepted students will not receive financial aid disbursements if required documents are not submitted by the 1st day of the 2nd semester. Funds will be placed on hold until documents are received. Please refer to the Student Handbook.

## SATISFACTORY ACADEMIC PROGRESS

See the AUC Student Handbook for detailed information about the Student Academic Progress policy and the financial aid implications for students who do not meet academic standards, such as receiving probationary status or facing dismissal.

## LEAVES OF ABSENCE AND CHANGES IN ENROLLMENT STATUS

It is the student's responsibility to notify the Office of the Registrar and the Office of Student Finance regarding a change of name or address, enrollment plans, USMLE scores, leaves of absence and/or withdrawal. If a student takes a leave of absence or withdraws, s/he must complete Loan Exit Counseling online at **http://studentloans.gov** and notify the lender of his/her status.

A student "on leave" for any reason will be reported to the lenders by the Office of the Registrar. Students on leave must also complete Exit Counseling. Upon return, the student

will be classified as "in school". Any extended time away from school will affect the student's repayment period. If a student is out of school for more than six months at one time, they have exceeded the student loan grace period for the federal direct subsidized and unsubsidized loans, and will be placed in "repayment" status by the lender. For Federal Direct Subsidized and Unsubsidized loans, student loan repayment begins six months after the student graduates or drops below at least half-time enrollment status. In some instances, students may continue to defer student loans during residency programs. Once the six-month grace period is exhausted, another grace period will not be granted for those loans.

Students officially withdrawing from enrollment with the University or taking an Official Leave for the remainder of the term will be credited for tuition and most refundable fees in accordance with the schedule as outlined in the AUC Student Handbook. AUC will calculate the amount of Title IV aid that a student has earned based on a payment period and a specific formula defined by the Department of Education. The student will be obligated for any tuition, fees, books or equipment not covered by Title IV funds.

If the student returns after six months, s/he will be categorized as "in school". This is not an automatic process. The student should request an enrollment verification letter from the Office of the Registrar that is customized to reflect the dates of enrollment and enrollment status. This letter may be sent to student loan lenders/loan servicers to request "In-School" deferment from the guarantee agency or servicer of their prior loans. Students who enter repayment status because they have not resumed study within the six-month period should consult with the lender/servicer of their loans to complete the appropriate forms for forbearance or deferment, if necessary and appropriate.

If you submit an appeal to the Academic Review Committee, it does not automatically constitute continued financial aid eligibility. Please contact the University Director of Student Finance for further guidance.

## CONSUMER INFORMATION

Federal regulations require AUC to provide consumer information to all of its student. This information can be found at **www.aucmed.edu/student-consumer-information/**

## DISABLED STUDENT SERVICES

AUC is committed to working with students with disabilities. It is critical that the student apply prior to, or within the first two weeks of the semester so that all parties have time to consider the request for an accommodation, review the supporting data and make a decision well before the first examination period. For services and information for disabled students please contact the following:

> **Dr. Jeff Jarosinski**
> Assistant Dean of Student Affairs
> jjarosinski@aucmed.edu

## INSTRUCTIONAL FACILITIES AND CLINICAL SITES

Information regarding our instructional facilities and clinical sites is available at **www.AUCmed.edu** and in the AUC Student Handbook.

## COURSE WITHDRAWAL PROCEDURES

AUC students who are withdrawing from classes must follow several steps in order to complete the withdrawal process. The withdrawal policies and procedures can be found in the AUC Student Handbook and on the website at **www.AUCmed.edu** or by contacting the Office of the Registrar at **Registrar@AUCmed.edu**.

## COST OF ATTENDANCE

Students that have been awarded financial aid can request a breakdown of their specific cost of attendance by contacting the Office of Student Finance at finaid@aucmed.edu. Estimated costs for tuition and fees, room and board, books and supplies, transportation and personal/miscellaneous expenses can be found on the website at **www.aucmed.edu/student-consumer-information/**

## FAMILY EDUCATION RIGHTS AND PRIVACY ACT (FERPA)

FERPA is to protect the privacy of student education records, to establish the right of a student to inspect and review their educational records, and the right of students to have some control over the disclosure of information from their records. ANNUAL NOTIFICATION OF STUDENT RIGHTS UNDER FERPA is published in the student handbook and on the website **www.AUCmed.edu**.

## CAMPUS SAFETY AND SECURITY

To review safety practices and procedures and crime statistics for AUC, please visit the website at **www.aucmed.edu/about/student-consumer-information.aspx**.

## COMPLETION/GRADUATION RATES FOR STUDENTS

To obtain information regarding completion/graduation rates for all students, please contact the Office of the Registrar at **Registrar@AUCmed.edu** or visit the website at www.aucmed.edu/about/student-consumer-information.aspx.

## REFUND POLICY

Students who make schedule adjustments resulting in a credit hour loan reduction or complete withdrawal from the University may be eligible to receive a refund of tuition and fees. To obtain detailed information regarding the refund policy at AUC, please visit the website at **www.AUCmed.edu**, consult the AUC Student Handbook or contact the Office of Student Accounts at **Accounts@AUCmed.edu**.

## ACCREDITATION INFORMATION

AUC's medical school facilities and curriculum are accredited by the Accreditation Commission on Colleges of Medicine (ACCM). The United States Department of Education has determined that the ACCM's accreditation standards are comparable to those set by the Liaison Committee on Medical Education (LCME), which accredits medical education programs in the United States. AUC students are eligible to sit for the USMLE, obtain U.S. Federal Financial Aid if qualified, become active members of the American Medical Student Association (AMSA) and, upon graduation, obtain residency and licensure in all 50 states.

## STUDENT HANDBOOK

To obtain information regarding the AUC Student Handbook, visit the website at **www.AUCmed.edu**. The AUC Student Handbook informs students about many services and programs that are available, as well as the policies and procedures of the University.

## ACADEMIC PROGRAMS

Information regarding programs of study and course descriptions can be obtained on the website at **www.AUCmed.edu** or by contacting the Admissions Office at (305) 446-0600 or by e-mail **Admissions@AUCmed.edu**.

## CONTACT FOR GENERAL INSTITUTIONAL ISSUES

To obtain information regarding general institutional issues, contact the School Administrator at (305) 446-0600.

## NOTICE OF AMOUNTS AND TYPES OF TITLE IV AID

Schools are required to notify students about the amount of Title IV aid the student will receive from each program before any aid is disbursed. The Office of Student Finance provides information regarding the Federal Direct/Private Student Aid, disbursement method, schedule, and an itemization of Federal Direct unsubsidized loans separately through the award letter document. This document is provided to the students once the financial aid package has been completed. It is emailed to the email address on record. For new students, it is also mailed to the student's primary address listed in our system. The types of aid available are listed earlier in this document.

**AMERICAN UNIVERSITY OF THE CARIBBEAN SCHOOL OF MEDICINE**

## NOTICE OF RIGHT TO CANCEL/DECLINE A LOAN

AUC is required to notify students of their right to cancel all or a portion of an education loan disbursement and have the funds returned to the U.S. Department of Education. Students are notified of their right to cancel/decline their loans through the award letter notifications and loan disbursement notifications. In addition, this information is included on the promissory note for each disbursement.

## TOTAL WITHDRAWAL FROM CLASSES/ RETURN OF TITLE IV

Students who totally withdraw from all classes in any semester may be required to return federal funds for that semester in accordance to the guidelines for Direct Federal Student Aid. In instances where students have not maintained Satisfactory Academic Progress, Financial Aid eligibility is affected. For students that have not received financial aid before starting withdrawal procedures, they will be advised in writing of their post-withdrawal eligibility within 30 days of the start of the withdrawal process. Please refer to the Satisfactory Academic Progress policy in the AUC Student Handbook. For more information regarding the Title IV returns process, please contact the Office of Student Finance at (305) 569-8810 or Accounts@AUCmed.edu.

## HOW AND WHEN AID WILL BE DISBURSED

If the student has completed all of the financial aid requirements and has registered for courses, aid is typically disbursed 10 days prior to the beginning of the semester. To obtain information on disbursement methods and specific dates when aid will be disbursed, please contact the Office of Student Finance at (732) 509-4703 or by email at finaid@AUCmed.edu.

## TERMS OF STUDENT LOANS, INCLUDING REPAYMENT AND SAMPLE REPAYMENT SCHEDULE

To obtain loan repayment information such as repayment options, repayment schedule and other information visit Department of Education web site at www.studentloans.gov. You will be required to review this information during the required Entrance Counseling session. Should you have additional questions you may contact the Office of Student Finance at (732) 509-4707 or by email at finaid@AUCmed.edu.

## HOW SCHOOL DISTRIBUTES AID AMONG STUDENTS

AUC students are eligible for loans though the U.S. Department of Education William D. Ford Federal Direct Loan Program. Students are awarded the Federal Direct Unsubsidized Loan and then the Direct Federal Grad PLUS Loan. Students must meet eligibility requirements for all loans.

To obtain more information about our packaging policy, please contact the Office of Student Finance at (732) 509-4707 or by email at finaid@AUCmed.edu.

## TERMS/CONDITIONS OF DEFERMENT AND CONSOLIDATION OF A DIRECT FEDERAL LOAN

Students that are enrolled at AUC in the M.D. program are eligible for deferment of their federal student loans. AUC reports enrollment information every 30 days via the National Student Loan Clearinghouse. If you need to obtain a deferment sooner than this, you can request an enrollment verification letter from the Office of the Registrar and fax/mail to your student loan lender.

To obtain information regarding loan deferment of a Direct Federal Loan, students must contact the U.S. Department of Education at www.dl.ed.gov.

Deferral of private loans is subject to your lenders' discretion. Please contact your lender for details.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## TITLE IV ELIGIBILITY PENALTIES FOR DRUG CONVICTION

To obtain information regarding drug convictions' impact on students who are using financial aid, please refer to the website at **www.AUCmed.edu.**



# IMPORTANT DATES

### FAFSA DEADLINE

All students should complete the FAFSA at least 3 months prior to attending school. For students that apply late, the 2014-2015 FAFSA should be completed at least 1 month prior to the end of the semester in which they want financial aid. Students completing after this deadline may not be awarded financial aid for that particular term. Students filing the FAFSA by March 15, 2014 will be processed first. All other applications will be processed on a rolling basis. All FAFSAs for the 2014-2015 award year must be submitted by June 30, 2015. 2014-2015 FAFSAs cannot be accepted by the Department of Education after this date.

### MEDICAL SCIENCE STUDENTS

September 2014 Semester – By June 15th but no later than **November 15, 2014**

January 2015 Semester – By October 15th but no later than **March 15, 2015**

May 2015 Semester – By February 15th but no later than **June 30, 2015**

### CLINICAL SCIENCE STUDENTS

September 2014 Semester – By April 1st but no later than **September 30, 2014**

January 2015 Semester – By July 1st but no later than **January 31, 2015**

May 2015 Semester – By November 1st but no later than **May 30, 2015**

### MISSING DOCUMENTS DEADLINE

After students file the FAFSA, they will be notified if any documents are missing via e-mail. You may be asked to send proof of citizenship, proof of Selective Service Registration, Master Promissory Notes (MPN), etc. Students are sent at least 3 reminder notices to return missing documents.

### MEDICAL SCIENCE STUDENTS

September 2014 Semester – Students' deadline to send missing items is **December 1, 2014**

January 2015 Semester – Students' deadline to send missing items is **April 1, 2015**

May 2015 Semester – Students' deadline to send missing items is **August 1, 2015**

### CLINICAL SCIENCE STUDENTS

September 2014 Semester – Students' deadline to send missing items is **October 15, 2014**

January 2015 Semester – Students' deadline to send missing items is **February 15, 2015**

May 2015 Semester – Students' deadline to send missing items is **June 1, 2015**

# REFERENCES

## OFFICE OF STUDENT FINANCE STAFF

**Jennifer Dennis**
Senior Director of Student Services

**Teresa Pupo**
University Director of Student Finance

**Anson Pope**
Associate Director of Student Finance

**Ryan Purdon**
Systems Analyst
Phone: (732) 509-4707

**Loida Cabrera**
Student Finance Analyst
Phone: (305) 569-8810

**Denise Coady**
Student Finance Systems Coordinator
Phone: (732) 509-4816

**Natasha Lewis**
Student Finance Advisor
Phone: (732) 509-4703

**Sheraz Qureshi**
Student Finance Advisor
Phone: (732) 509-4858

## COMMONLY USED FINANCIAL AID INFORMATION PHONE NUMBERS/WEBSITES

**Federal Student Aid Info Center**
(800) 4-FEDAID
www.studentaid.ed.gov

**Free Application for Federal Student Aid (FAFSA)**
www.fafsa.ed.gov

**Apply for a federal PIN number**
www.pin.ed.gov

**Federal Loan Summary Information**
www.nslds.ed.gov

**Entrance Loan Counseling**
www.studentloans.gov

**Exit Loan Counseling**
www.studentloans.gov

## QUESTIONS?

Finaid@AUCmed.edu
Accounts@AUCmed.edu

© 2014 Global Education International. All rights reserved.