Entered: May 10th, 2017
Signed: May 10th, 2017

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| Debtor | | |
| * * * * * * * | * | * * * * |
| Yolande E Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| Firstmark Services, et al. | * | |
| Defendants. | * | |
| * * * * * * * | * | * * * * |

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS DEEMED ADMITTED

UPON consideration of Plaintiff's motion (the "Motion") that she be permitted to withdraw admissions made in connection with Requests for Admission propounded by Defendant SLF V-2015 Trust in this adversary proceeding, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Plaintiff be, and she is hereby, authorized to withdraw the responses to the Defendant's requests for admission which were deemed admitted; and it is further

ORDERED, that Plaintiff's response to Defendant's requests for admission served on April 19, 2017 be, and they are hereby, permitted to stand as Plaintiff's response to Defendant's requests for admissions served in this adversary proceeding.

**End of Order**

Cc:

Ronald J. Drescher
Drescher & Associates, P.A.
4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122