```
                         United States Bankruptcy Court
                              District of Maryland

Essangui,
         Plaintiff                                     Adv. Proc. No. 16-00201-JS

Firstmark Services,
         Defendant
                            CERTIFICATE OF NOTICE
District/off: 0416-1          User: yoliver             Page 1 of 1             Date Rcvd: May 10, 2017
                              Form ID: pdfparty         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
dft             Citibank, N.A.,    PO Box 6191,    Sioux Falls, SD  57117-6191
dft            +DeVry Medical International, Inc.,    630 U.S. Highway One,    North Brunswick, NJ 08902-3491
dft            +Firstmark Services,    SLF V 2015 Trust,    121 S. 13th Street,    Suite 201,
                 Lincoln, NE 68508-1911
dft            +GSED Trust,    200 West Street,    26th Floor,    New York, NY 10282-2102
dft            +Golden Tree Asset Management, LLP,    300 Park Avenue,    21st Floor,    New York, NY 10022-7403
dft            +SLF V-2015 Trust,    c/o Michael J. Klima, Jr.,    8028 Ritchie Highway,    Suite 300,
                 Pasadena, MD 21122-1360
dft             University Accounting Service, LLC,    PO Box 918,    Brookfield, WI  53008-0918
pla            +Yolande E Essangui,    418 C Woodlake Court,    Glen Burnie, MD 21061-5933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
```
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,    ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
                                                                                             TOTAL: 3
```

Entered: May 10th, 2017
Signed: May 10th, 2017

**SO ORDERED**



JAMES F. SCHNEIDER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| Debtor | | |
| * * * * * * * * * * * * | | |
| Yolande E Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| Firstmark Services, et al. | * | |
| Defendants. | * | |
| * * * * * * * * * * * * | | |

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS DEEMED ADMITTED

UPON consideration of Plaintiff's motion (the "Motion") that she be permitted to withdraw admissions made in connection with Requests for Admission propounded by Defendant SLF V-2015 Trust in this adversary proceeding, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Plaintiff be, and she is hereby, authorized to withdraw the responses to the Defendant's requests for admission which were deemed admitted; and it is further

ORDERED, that Plaintiff's response to Defendant's requests for admission served on April 19, 2017 be, and they are hereby, permitted to stand as Plaintiff's response to Defendant's requests for admissions served in this adversary proceeding.

**End of Order**

Cc:

Ronald J. Drescher
Drescher & Associates, P.A.
4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122