# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E ESSANGUI | * | CASE NO.: 16-00201 |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| YOLANDE E ESSANGUI | | Adversary Number 16-201 |
| | * | |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION EXTENDING DISPOSITIVE MOTION FILING DEADLINE

Plaintiff, Yolande E. Essangui, and Defendant, SLF V-2015 Trust, by their undersigned counsel, hereby stipulate to the extension to June 30, 2017 of the deadline to file dispositive motions.

The undersigned hereby agree to the terms of the foregoing Stipulation Extending Dispositive Motion Filing Deadline.

/s/Ronald J. Drescher                    /s/Michael J. Klima, Jr.

Ronald J. Drescher                        MICHAEL J. KLIMA, JR. #25562
4 Reservoir Circle                         8028 Ritchie Highway
Ste 107                                        Suite 300
Baltimore, MD 21208                   Pasadena, MD 21122
410-484-9000                               (410)768-2280
Attorney for Plaintiff                    Attorney for Defendant
                                                    Attorney File No.: 16-13093-0

I HEREBY CERTIFY, that the terms of the copy of the Stipulation submitted to the Court are identical to those set forth in the original Stipulation; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Stipulation.

/s/ Michael J. Klima, Jr.
_____
MICHAEL J. KLIMA, JR. #25562