000 100 4N1 0808061715

## CitiAssist® Health Professions Loans Online

Date application faxed 0372

### A Student Applicant Information

Last Name ESBANGIN First Name YOLANDE M.I. Date of Birth 02/18/1983

U.S. Permanent Address 10405 HICKORY RIDGE RD City COLUMBIA State MD Zip 21044

How many years there 2 — If less than one year at permanent address, list previous address

Social Security # [illegible] Driver's License # N/A State

Home telephone (240) [illegible] School telephone

Are you a U.S. citizen ☐ Yes ☒ No [illegible]

School Name ROSS UNIVERSITY City EDISON State NJ Zip 08817

Check the box next to the year in school for which this loan will be used ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 Type of program ☐ Dental ☒ Allopathic ☐ Osteopathic ☐ Optometry ☐ Podiatry ☐ Veterinary ☐ Pharmacy

Email Address YOLANDE@[illegible].EDU

### B Loan Information

Loan amount requested $ 23,070 Loan Period for Use of Funds: Begin 09/01/2008 End 01/10/2009

[illegible]

### C Applicant Reference

[illegible]

Name SIMON NBOUMBI [illegible] Relationship to Borrower ☐ Parent ☐ Relative ☒ Other

Street 11434 LOUSDALE TERR City GERMANTOWN State MD Zip 20876

Home telephone (240) [illegible] Work telephone (301) [illegible] 0708

### D Co-signer Information

[illegible]

Social Security # — Relationship to applicant ☐ Parent ☐ Relative ☐ Other

Last Name First Name M.I. Date of Birth

Street City State Zip

How long at this address Home telephone

If less than one year at permanent address, list previous address

Are you a U.S. citizen ☐ Yes ☐ No [illegible]

### E Co-signer Credit/Employment Information

[illegible]

Monthly Rent/Mortgage Payment $ ☐ Own ☐ Rent ☐ Live with parents

Employer/Company Name City State Zip

Years with Employer Current Position Telephone

If less than two years, list previous employer Position Telephone

Gross Monthly Income from Employment $ Self-employed ☐ Yes ☐ No Retired ☐ Yes ☐ No

Other Monthly Income $ Other Income Source (See Step 5)

[illegible]

### F Signatures (Please Sign and Date Below)

[illegible]

Signature of Borrower [signature] Date 03/28/2008

Signature of Co-signer Date

[illegible]

citi

## School Certification

To be completed by the Financial Aid Office.

ED School Code 022460 Campus Code 00

Loan Period for Use of Funds

From ___/___/___ To ___/___/___

Year in Medical School ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5

Type of program ☐ Dental ☐ Allopathic ☐ Osteopathic ☐ Optometry ☐ Podiatry ☐ Veterinary ☐ Pharmacy

Student's Enrollment Status

☐ Full Time ☐ Half Time ☐ Less than Half Time

Anticipated Completion Date ___/___/___

Certified Loan Amount $

Recommended Disbursement Dates

1st ___/___/___ 2nd ___/___/___

$ H ☐ R ☐ $ H ☐ R ☐

3rd ___/___/___ 4th ___/___/___

$ H ☐ R ☐ $ H ☐ R ☐

We hereby certify that the student named in this application is/was attending this institution during the Loan Period this Loan is being requested. We further certify that, based upon records available at this institution, the applicant is not in default on any student loan and that the information provided above is true and accurate to the best of our knowledge and belief. We certify that the sum of all loans and financial aid, including this Loan, does not exceed the cost of education at this institution.

Signature of School Official

Date ___/___/___

Print Name

Title

Telephone Number

## For Lender Use Only

Source Code: IHEALTHA App ID: 23133996

Vers. 312 Sponsor Code: PE01P

[illegible]

File Tools Refer Window Help

Application Retrieval

Application ID: 23133996 - HEALTHPR

SSN: 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

AppReview

CITI - M Name: ESSANGUI, YOLANDE E

Status: Awaiting App/PNote

As of: 03/19/2008

Loan Information

| Program | Gross Loan Amt | Loan Fee Amt | Net Loan Amt | Guarantor | Lender Code | Lender Name | Type | Loan From | Loan To | Common Line ID |
|---|---|---|---|---|---|---|---|---|---|---|
| HEALTHPR | $23,670.00 | $0.00 | $23,670.00 | SI - CA - SELFINS | 826878 - 0000 | CITIBANK | CITI | | | 826878000010XJSF6 |

Borrower | Address | Cert | Guar | Disb | Ref | Misc | Student | Employer

Borrower Information

| Date of Birth | Driver's License | Dr Lic State | Home ForPrefix | Borr.Home Phone | Home Ext. |
|---|---|---|---|---|---|
| 02/18/1983 | N/A | | | (240) 938-0148 | |

| Requested Amount | Borrower Signature | PNote Recvd | MPPfx | AreaCity | Mobile Phone | Mobile Ext. | Fax Number |
|---|---|---|---|---|---|---|---|
| $23,670.00 | | | | | | | |

| App Received Date | Capitalized Interest | EFT | School Person id | Other Loans This Period | Major Description |
|---|---|---|---|---|---|
| 03/19/2008 | YES | YES | | | |

| App Source | Deferment | Default | Borrower Grade Level | Major |
|---|---|---|---|---|
| Web Application | YES | | A - Grad - 1st Year | 7 - Allopathic |

| Outstanding Loan | Borr Loan From | Borr Loan To | Citizen | Alien ID |
|---|---|---|---|---|
| | 03/31/2008 | 07/10/2008 | PERM. RES | |

Missing Data | Credit | Guar Proc | State Values | Documents | Letters | Loan Trans

Comments | Entity Info | History | Update | Co-Applicant | Next Borr | Pick List