## Application Retrieval

Application ID: 23133996 - HEALTHPR    SSN: 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    AppReview

CITI - M Name: ESSANGUI, YOLANDE E    Status: Awaiting App/PNote    As of: 03/19/2008

### Loan Information

| Program | Gross Loan Amt | Loan Fee Amt | Net Loan Amt | Guarantor | Lender Code | Lender Name | Type | Loan From | Loan To | Communication ID |
|---|---|---|---|---|---|---|---|---|---|---|
| HEALTHPR | $23,670.00 | $0.00 | $23,670.00 | SI - CA - SELFINS | 826378 - 0000 | CITIBANK | CITI | | | 826878000010XJSF6 |

Borrower | Address | Cert | Guar | Debt | Ref | Misc | Standard | Employer

### Borrower Information

Date of Birth: 02/18/1983

Driver's License: N/A    Dr Lic State:

Requested Amount: $23,670.00    Borrower Signature:    PNote Recvd:    Home ForPrefix:    Borr.Home Phone: (240) 938-0148    Home Ext.

App Received Date: 03/19/2008    Capitalized Interest: YES    EFT: YES    School Person Id:    MPPfx:    AreaCity:    Mobile Phone:    Mobile Ext.    Fax Number:

App Source: Web Application    Deferment: YES    Default:    Other Loans This Period:    Borrower Grade Level: A - Grad - 1st Year    Major: 7 - Allopathic    Major Description:

Outstanding Loan:    Borr Loan From: 03/31/2008    Borr Loan To: 07/10/2008    Citizen: PERM. RES    Alien ID:

Credit    Guar Proc    State Values    Documents    Letters    Loan Trans

Entity Info    History    Update    Co-Applicant    Next Borr    Pick List

Missing Data

Comments