# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| Yolande E. Essangui | *  Case No. 16-12984 |
| | *  Chapter 7 |
| Debtor | |
| * * * * * * * | * * * * * * |
| Yolande E. Essangui | * |
| Plaintiff | *  Adv. No. 16-00201 |
| v. | * |
| SLF V-2015 Trust, et al. | * |
| Defendants. | * |
| * * * * * * * | * * * * * * |

## AFFIDAVIT OF LISA COHEN FOR DEFENDANT SLF V-2015 TRUST

STATE OF CALIFORNIA       )
                          )
COUNTY OF SAN DIEGO       )

Lisa Cohen, being duly cautioned and sworn, upon information and belief does hereby state as follows:

1. My name is Lisa Cohen. I am the Vice President of GS2 Depositor 2016-A SPV, LLC (hereinafter "GS2") assignee of SLF V-2015 Trust (hereinafter "SLF"), Defendant in this action. My business address is 402 W. Broadway, Ste. 2000, San Diego, California 92101. I am over 21 years of age, of sound mind, and capable of making this Affidavit. The facts set below are based on my knowledge of the record keep practices of GS2.

2. GS2 maintains custody of SLF's business records relating to securitized student loan programs, including, the credit agreements and other account records pertaining to the student loans, (hereinafter, collectively, "Student Loan Records").

3. I am one of the custodians of the books, records, and files of GS2 that pertain to loans given to Yolande E. Essangui ("Plaintiff"). I have personally worked on the books, records, and files. I know them to be true of my own personal knowledge or I have gained knowledge of them from the business records of GS2. These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course of GS2's business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of GS2 by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. These documents are true copies and reproductions of the originals and have not been altered. I have access to all of the records set forth herein.

4. Plaintiff applied for a CitiAssist Health Professions Loans Online Loan with CitiBank N.A. (hereinafter "Loan"). (See Exhibit A). Exhibit A is a true and correct copy of the original.

5. On or around March 20, 2008, Citibank N.A. disbursed approximately $23,670.00 to Plaintiff (hereinafter Web Application). (See Exhibit B). Exhibit B is a true and correct copy of the original.

6. Citibank N.A., through a Private Student Loan Asset Purchase Agreement, sold its interest in the loan to SLF V-2015 Trust. (See Exhibit C). Exhibit C is a true and correct copy of the original.

7. Through a Bill of Sale, Assignment and Assumption Agreement SLV V-2015 assigned its interest in the loan to GS2 Depositor 2016-A SPV, LLC. (See Exhibit D). Exhibit D is a true and correct copy of the original.

8. Through a Trust Agreement GS2 Depositor 2016-A SPV, LLC deposited the loans into the GS2 Grantor Trust 2016-A. (See Exhibit E). Exhibit E is a true and correct copy of the original.

9. Plaintiff owes Defendant the principle amount of $37,175.25 plus interest through January 20, 2017 of $2,083.84 with a per diem of $7.893375.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Affidavit was executed this __31__ day of __May__, 2017, at __San Diego__, __CA__ (city/state).

FURTHER AFFIANT SAYETH NAUGHT

_____
Lisa Cohen, Vice President
GS2 Depositor 2016-A SPV, LLC

Sworn to before me and subscribed in my presence this __31__ day of __May__, 2017.



_____
Notary Public