**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| | * | Chapter 7 |
| Debtor | | |
| * * * * * * * | * | * * * * * |
| Yolande E. Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| SLF V-2015 Trust, et al. | * | |
| Defendants. | * | |
| * * * * * * * | * | * * * * * |

**ORDER GRANTING GS2 GRANTOR TRUST, ASSIGNEDD OF SLF V-2015'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER comes before the Court on the Motion for Summary Judgment and Memorandum in Support of the Motion for Summary Judgment filed by GS2 Grantor Trust, assignee of SLF V-2015 ("Defendant") pursuant to Federal Rule of Civil Procedure 56 (as

19

incorporated by Federal Rule of Bankruptcy Procedure 7056) and L.B.R. 7056-1 (together the "Motion")

The Court having reviewed the Motion and Response thereto, hereby

ORDERS that the Motion is GRANTED; it is further

ORDERED that summary judgment is granted in favor of Defendants and against Plaintiff Yolande E. Essangui; it is further

ORDERED that for the reasons listed in Defendants' motion, the Court finds the loans in question are presumed to be excepted from discharge pursuant to 11 U.S.C. 523(a)(8)(ii).