# EXHIBIT A

# DeVry | Education Group

April 10, 2017

Peroutka, Miller, Klima & Peters, P. A.
8028 Ritchie Highway, Suite 300
Pasadena, MD  21122
P: 410-553-9491
E: JKlima@peroutkalaw.com

Re: Subpoena Case #16-12984-JFS
Records identifying the relationship between Ross University School of Medicine
("RUSM") and DeVry Medical International ("DMI")

Dear Mr. Klima,

This is DeVry Education Group ("DVG")'s response your March 30, 2017
subpoena provided via email to Ross University School of Medicine

DeVry understands your request to be for records that identify the relationship
between RUSM and DMI.

Included please find the documentation contained in DVG's SEC 10K filing both
from Item 1 in main filing and also exhibit 21 as well as a screen shot of Medical
Education Readiness Program ("MERP") web site.  These documents are public
record and can be located at:

10-K Filing:
https://www.sec.gov/Archives/edgar/data/730464/000114420416121173/000114
4204-16-121173-index.htm

Exhibit 21 in the filing link above:
https://www.sec.gov/Archives/edgar/data/730464/000114420416121173/v44693
3_ex21.htm

MERP
http://www.medschoolprep.com/index.cfm

Any additional documentation requiring service on any division of DVG should be
served through CT Corp at https://ct.wolterskluwer.com/.  If you have further
inquiries regarding these specific documents, please contact me directly.

**DeVry** | Education Group

Sincerely,

Cindy Oakley

Senior Associate, Office of Ombudsman
p: 630.515.7772
f:  877.823.8743
e: cindy.oakley@devrygroup.com



requires otherwise, references to years refer to DeVry Group's fiscal years then ended. These segments are highlighted below.

## Medical and Healthcare

**DeVry Medical International ("DMI")** operates three institutions:
- American University of the Caribbean School of Medicine ("AUC") confers the Doctor of Medicine ("M.D.") degree;
- Ross University School of Medicine ("RUSM") confers the M.D. degree; and
- Ross University School of Veterinary Medicine ("RUSVM") confers the Doctor of Veterinary Medicine ("D.V.M.") degree.

3

Together, the three schools along with the Medical Education Readiness Program ("MERP") and the Veterinary Preparation Program ("Vet Prep") had 5,850 students enrolled in the May 2016 semester.

**AUC** was founded in 1978 and acquired by DeVry Group in August 2011. AUC is located in the country of St. Maarten and has graduated over 6,000 physicians now licensed and practicing medicine throughout the world. The mission of AUC is to provide an excellent medical education to qualified students of diverse backgrounds. This is to be accomplished within an atmosphere of academic integrity and scholarship, which fosters the highest standards in professional ethics and competence.

**RUSM**, which was founded in 1978, and acquired by DeVry Group in May 2003, is one of the world's largest providers of medical education. RUSM is located in the Caribbean country of Dominica with the Internal Medicine Foundation program residing in Miramar, Florida. RUSM has graduated more than 12,000 physicians who practice medicine in the U.S., Canada and Puerto Rico. The mission of RUSM is to prepare highly dedicated students to become effective, successful physicians. RUSM accomplishes this by focusing on imparting the knowledge, skills and values required for its students to establish a successful and satisfying career as a physician.

AUC's and RUSM's respective medical education programs are comparable to the educational programs offered at U.S. medical schools. AUC's and RUSM's programs consist of three academic semesters per year — beginning in January, May and September — which allows students to complete their basic science instruction in less time than they would at a U.S. medical school. The programs prepare students for general medical practice and provide the foundation for postgraduate specialty training, which is primarily received in the U.S.

Initially, AUC and RUSM students complete a program of concentrated study of medical sciences in modern classrooms and laboratories at campuses located in St. Maarten and Dominica, respectively. AUC's program runs five semesters and RUSM's runs either four or five-semesters (depending on the designated curriculum track). After students sit for Step 1 of the U.S. Medical Licensing Examination[TM] ("USMLE"), which assesses whether medical school students understand and can apply scientific concepts that are basic to the practice of medicine, they complete the remainder of their program by participating in clinical rotations under AUC and RUSM direction, and conducted at approximately 50 affiliated teaching hospitals or medical centers affiliated with accredited medical education programs in the U.S., Canada and the United Kingdom.

MERP assists prospective RUSM and AUC students in building the academic foundation they need to be successful in medical school and to achieve their goals of becoming physicians.

**RUSVM**, which was founded in 1982 and acquired by DeVry Group in May 2003, is one of the largest providers of veterinary education. RUSVM is located in the country of St. Kitts and has graduated more than 4,000 veterinarians who practice principally in the U.S.

The RUSVM program is structured to provide a veterinary education that is comparable to educational programs at U.S. veterinary schools. RUSVM students complete a seven-semester pre-clinical curriculum at a campus in St. Kitts. After completing their pre-clinical curriculum, RUSVM students enter a clinical clerkship lasting approximately 48 weeks under RUSVM direction at one of more than 20 affiliated U.S. Colleges of Veterinary Medicine as well as international affiliates in Canada, Australia, Ireland, New Zealand and the United Kingdom.

The RUSVM Vet Prep Program is designed to enhance the preclinical science knowledge and study skills that are critical to success in veterinary school. It is structured to prepare students for success at RUSVM.

**Chamberlain College of Nursing ("Chamberlain"),** formerly Deaconess College of Nursing, was founded in 1889 and acquired by DeVry Group in 2005. Chamberlain offers programs in nursing education leading to one of four degrees: Associate Degree in Nursing ("ADN") (no longer accepting new enrollment and available only at the Columbus, Ohio campus), Bachelor of Science in Nursing ("BSN") degree (including both the onsite three-year BSN and the online Registered Nurse ("RN") to BSN Degree Completion Option ("RN to BSN")), Master of Science in Nursing ("MSN") degree, including Family Nurse Practitioner ("FNP"), which is offered online, or the Doctor of Nursing Practice ("DNP") degree which is also offered online. Eleven of Chamberlain's 20 campuses are co-located with DeVry University locations, which allows for efficiencies in shared resources. Chamberlain had 25,229 students enrolled in the July 2016 term, an increase of 15.9% over the prior year.

Chamberlain provides a nursing education experience distinguished by a high level of care for students, academic excellence, innovation and integrity. Chamberlain is committed to graduating nurses who are empowered to transform healthcare worldwide.

EX-21 2 v446933_ex21.htm EXHIBIT 21

**EXHIBIT 21**

| | Subsidiary Name | Jurisdiction of Incorporation |
|---|---|---|
| DeVry Education Group Inc. Subsidiaries: | | |
| | DeVry University, Inc.[10] | Illinois |
| | DeVry/New York, Inc. | Delaware |
| | DeVry Medical International, Inc. | New York |
| | Dominica Services Inc.[1] | Delaware |
| | Ross University Services, Inc.[1] | Delaware |
| | International Education Holdings, Inc.[2][10] | Delaware |
| | Becker Professional Development Corporation | Delaware |
| | DeVry/Becker Educational Development Corp. | Delaware |
| | Newton Becker Limited[3] | Hong Kong |
| | Becker CPA Review Limited[3] | Israel |
| | Cardinal Acquisition Merger Sub, Inc. [3] | Delaware |
| | Chamberlain College of Nursing and Health Sciences, Inc. | Delaware |
| | Chamberlain College of Nursing LLC[4] | Delaware |
| | Advanced Academics Inc. | Delaware |
| | U.S. Education Corporation (d/b/a: Carrington Colleges Group, Inc.)[10] | Delaware |
| | Integrated Education Solutions LLC | Delaware |
| | AUC School of Medicine B.V. | St. Maarten |
| DeVry University, Inc. Subsidiaries: | | |
| | DeVry Educational Development Corp. | Delaware |
| | DeVry Canada LLC | Delaware |
| International Education Holdings, Inc. Subsidiaries: | | |
| | Global Education International, Inc. | Barbados |
| | Ross University Management, Inc.[5] | St. Lucia |
| | Ross University School of Medicine, School of Veterinary Medicine Limited[6] | Dominica |
| | Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited[6] | St. Kitts |
| | DeVry Medical International (Bahamas) Ltd.[6] | Bahamas |
| | Global Education International B.V. | The Netherlands |
| | DeVry Educacional do Brasil S/A [7][8] | Brazil |
| | Centro Baiano de Ensino Superior Ltda[9] | Brazil |
| | Academia Baiana de Ensino, Pesquisa e Extensão Ltda.[9] | Brazil |
| | Faculdade Boa Viagem S/A[9] | Brazil |
| | Sociedade de Educação do Vale do Ipojuca[9] | Brazil |
| | Sociedade Educacional da Paraiba Ltda[9] | Brazil |
| | Integral - Grupo de Ensino Superior do Piaui S/C Ltd.[9] | Brazil |
| | Instituto de Ensino Superior da Amazonia Ltda[9] | Brazil |
| | Sociedade Educacional Ideal Ltda. [9] | Brazil |
| | Damasio Educacional S/A[9] | Brazil |
| | Grupo Ibmec Educacional S.A. [9] | Brazil |
| | A. Região Tocantina de Educaçao e Cultura Ltda. [9] | Brazil |
| | Becker Professional Development International Limited[7] | United Kingdom |
| | Accountancy Tuition Centre (Hungary) Limited[11] | United Kingdom |
| | Neev Knowledge Management Private Limited [12] | India |
| | Edupristine Inc.[13] | Delaware |

U.S. Education
Corporation (d/b/a
Carrington Colleges
Group, Inc.)
   Subsidiaries:     American Institute of Health Technology, Inc.              Idaho
                  EdCOA Inc. (d/b/a: Carrington College California)      California
                  Carrington College, Inc.             Arizona

(1)  Subsidiary of DeVry Medical International, Inc.
(2)  1% owned by DeVry Inc. and 99% owned by Ross University Services, Inc.
(3)  Subsidiary of DeVry/Becker Educational Development Corp.
(4)  Subsidiary of Chamberlain College of Nursing and Health Sciences, Inc.
(5)  Subsidiary of Global Education International, Inc., a Barbados company
(6)  Subsidiary of Ross University Management, Inc., a St. Lucia company
(7)  Subsidiary of Global Education International B.V., a Netherlands company
(8)  97.909% owned by Global Education International B.V.
(9)  Subsidiary of DeVry Educacional do Brasil S/A
(10) Subsidiaries of DeVry University, Inc., International Education Holdings, Inc. and U.S. Education Corporation are listed below.
(11) Subsidiary of Becker Professional Development International Limited
(12) 33.32% owned by Global Education International B.V.
(13) Subsidiary of Neev Knowledge Management Private Limited

---



myMERP

**ABOUT MERP**     **COURSE OF STUDY**     **INSTRUCTORS AND STAFF**     **STUDENT RESOURCES**

**MERP IN CANADA**     **CONTACT US**

Home / About MERP / Medical School Affiliations

Why MERP?

Participation in MERP

MERP Student
Testimonials

Program Fees

MERP Graduate
Profiles: Where Are
They Now?

MERP Refund Policy

Medical School
Affiliations

Calendar

Frequently Asked
Questions

MERP Locations

# Medical School Affiliations

The Medical Education Readiness Program (MERP) is a 15-week program offered by DeVry Medical International. The program's dual mission is to provide students from diverse backgrounds with additional academic preparation to foster their success in medical school, and to help determine the readiness of these students to meet the demands of a fast-paced and rigorous medical school curriculum.

At present, MERP is limited exclusively to students who have been conditionally accepted by Ross University School of Medicine (RUSM) or American University of the Caribbean School of Medicine (AUC). Each of these medical schools has a linkage with MERP that allows students who complete the MERP program successfully to matriculate to the medical school that has granted them conditional acceptance.

MERP operates under the auspices of DeVry Medical International, a subsidiary of DeVry Education Group, one of the world's largest providers of education services. MERP operates independently of any medical school, with its own administration, instructors and staff.

The purpose of the Medical Education Readiness Program is to prepare prospective students to be successful as a medical student. Students accepted into this program are not being admitted into medical school, and will not be awarded any kind of degree or credential other than a certificate of completion. However, we believe that students who successfully complete the program will be prepared for the challenge of medical school.

About MERP | Course of Study | Instructors and Staff | Student Resource
| Contact Us

Tel: 754.210.8383

Copyright © 2016 Medical Education Readiness Program
All Rights Reserved • Privacy Statement