# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| Yolande E Essangui | *    Case No. 16-12984 |
| Debtor | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

| | |
|---|---|
| Yolande E Essangui | * |
| Plaintiff | *    Adv. No. 16-00201 |
| v. | * |
| Firstmark Services, et al. | * |
| Defendants. | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Yolande E Essangui, by and through her undersigned attorney, hereby opposes the motion for summary judgment [Dkt. No. 43] filed in this adversary proceeding by defendant GS2 Grantor Trust 2016-A, assignee of SLF V-2015 Trust ("Defendant"). The basis for this opposition are contained within the argument stated in pages 7 through 9 of Plaintiff's Motion for Summary Judgment [Dkt. No. 44] which are hereby incorporated by reference. Plaintiff reserves the right to file a reply memorandum to Defendant's Opposition to the Motion for Summary Judgment [Dkt. No. 45].

Dated: July 15, 2017

By:     /s/Ronald J. Drescher
        RONALD J. DRESCHER
        (No. 08712)
        Drescher & Associates, P.A.
        4 Reservoir Circle
        Suite 107
        Baltimore, MD 21208

(410) 484-9000
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was

sent via the Court's ecf system on this the 15th day of July, 2017 to:

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122

_____/s/_____
Ronald J. Drescher