IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Yolande E Essangui | * | Case No. 16-12984 |
| Debtor | | |
| Yolande E Essangui | * | |
| Plaintiff | * | Adv. No. 16-00201 |
| v. | * | |
| Firstmark Services, et al. | * | |
| Defendants. | * | |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

UPON consideration of the Motion for Summary Judgment (the "Motion") [DKT. No. 43] filed by Defendant GS2 Grantor Trust 2016-A, Assignee of SLF V-2015 Trust, and any response in opposition thereto, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Motion be, and it is hereby, DENIED; and it is further

ORDERED, that any obligations by Plaintiff Yolande E Essangui to Defendant GS2 Grantor Trust 2016-A, Assignee of SLF V-2015 Trust be, and they are hereby, subject to and discharged by the Discharge Order entered in this bankruptcy case on June 14, 2016 [Dkt. No. 16].

**End of Order**

Cc:

Ronald J. Drescher
Drescher & Associates, P.A.
4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122