# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **16–12984 – MMH**    Chapter: **7**    Adversary No.: **16–00201**

**Yolande E Essangui**
Debtor

**Yolande E Essangui**
Plaintiff(s)

vs.

**Firstmark Services**
Defendant(s)

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9–C, Baltimore, MD 21201

on 9/6/17 at 10:00 AM

to consider and act upon the following:

43 – Motion For Summary Judgment Filed by SLF V–2015 Trust. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Affidavit # 8 Proposed Order) (Klima, Michael)

44 – Motion For Summary Judgment Filed by Yolande E Essangui. (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Exhibit # 4 Exhibit) (Drescher, Ronald)

45 – Opposition on behalf of SLF V–2015 Trust Filed by Michael J. Klima Jr. (related document(s)44 Motion for Summary Judgment filed by Plaintiff Yolande E Essangui). (Klima, Michael)

46 – Opposition on behalf of Yolande E Essangui Filed by Ronald J Drescher (related document(s)43 Motion for Summary Judgment filed by Defendant SLF V–2015 Trust). (Attachments: # 1 Proposed Order) (Drescher, Ronald)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/18/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
410–962–2966

Form ntchrgmdb (rev. 12/2003)