```
                         United States Bankruptcy Court
                              District of Maryland
Essangui,
         Plaintiff                                       Adv. Proc. No. 16-00201-MMH

Firstmark Services,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1         User: akomisare            Page 1 of 1             Date Rcvd: Jul 18, 2017
                             Form ID: ntchrgad          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
pla             +Yolande E Essangui,    418 C Woodlake Court,   Glen Burnie, MD 21061-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,    ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
               G25092@notify.cincompass.com
                                                                                             TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **16−12984 − MMH**   Chapter: **7**   Adversary No.: **16−00201**

**Yolande E Essangui**
Debtor

**Yolande E Essangui**
Plaintiff(s)

vs.

**Firstmark Services**
Defendant(s)

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

      at 101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

      on 9/6/17 at 10:00 AM

to consider and act upon the following:

43 − Motion For Summary Judgment Filed by SLF V−2015 Trust. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Affidavit # 8 Proposed Order) (Klima, Michael)

44 − Motion For Summary Judgment Filed by Yolande E Essangui. (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Exhibit # 4 Exhibit) (Drescher, Ronald)

45 − Opposition on behalf of SLF V−2015 Trust Filed by Michael J. Klima Jr. (related document(s)44 Motion for Summary Judgment filed by Plaintiff Yolande E Essangui). (Klima, Michael)

46 − Opposition on behalf of Yolande E Essangui Filed by Ronald J Drescher (related document(s)43 Motion for Summary Judgment filed by Defendant SLF V−2015 Trust). (Attachments: # 1 Proposed Order) (Drescher, Ronald)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/18/17

                                      Mark A. Neal, Clerk of Court
                                      by Deputy Clerk, Anna Marie Komisarek
                                      410−962−2966

Form ntchrgmdb (rev. 12/2003)