# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984 -JS |
| | | (Chapter 7) |
| Debtor | * | |
| * * * * * * * | | |
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * *

## JOINT MOTION TO AMEND MARCH 7, 2017 SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL

SLF V-2015 Trust, Defendant, and Yolande E. Essangui, Plaintiff, by their respective counsel, files this Joint Motion to amend the March 7, 2017 Scheduling Order And Rule 26(f) Report Approval and states as follows:

1. On March 7, 2017, the Court entered the Scheduling Order And Rule 26(f) Report Approval.

2. Pursuant to the Scheduling Order, the parties are required to file exhibits and witness lists by August 14, 2017.

3. The parties have filed competing summary judgment motions, with hearing on them scheduled for September 6, 2017.

4.      The parties believe the Court's adjudication of the summary judgment motions will resolve all issues and eliminate the need for trial in this matter and, accordingly, eliminate the need to file exhibits and witness lists.

WHEREFORE, SLF V-2015 Trust, Defendant, and Yolande E. Essangui, respectfully requests the Court amend the March 7, 2017 Scheduling Order to suspend its requirement to file exhibits and witness lists until after the Court's adjudication of the parties' summary judgment motions.

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr. #25562
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122
(410)768-2280
Attorney File: 16-13093

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2017, a copy of the foregoing Motion For Extension Of Discovery Deadline was electronically served on:

Ronald J. Drescher, Esq.
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr.