IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI | * | Case No. 16-1-2984 -JS (Chapter 7) |
| Debtor | * | |

* * * * * * *

| | | |
|---|---|---|
| YOLANDE E. ESSANGUI | * | Adversary Number 16-201 |
| Plaintiff | * | |
| v. | * | |
| SLF V-2015 TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * *

**ORDER AMENDING MARCH 7, 2017 SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL**

Upon consideration of the Motion To Amend March 7, 2017 Scheduling Order and Rule 26(f) Report Approval filed jointly by the Plaintiff and the Defendant, it is, by the Unites States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that said Motion be, and it hereby is, granted; and it is further

ORDERED, the requirement to file exhibits, exhibit lists, and witness lists by August 14, 2017 as directed by the March 7, 2017 Scheduling Order and Rule 26(f) Report

Approval be, and it hereby is, suspended until after the Court's adjudication of the parties' summary judgment Motions.

cc:   Michael J. Klima, Jr.
      Peroutka, Miller, Klima & Peters, P.A.
      8028 Ritchie Highway
      Suite 300
      Pasadena, MD 21122

      Ronald J Drescher
      Drescher & Associates
      4 Reservoir Circle
      Suite 107
      Baltimore, MD 21208