United States Bankruptcy Court
District of Maryland

Essangui,
         Plaintiff                                      Adv. Proc. No. 16-00201-MMH

Firstmark Services,
         Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: yoliver         Page 1 of 1              Date Rcvd: Aug 15, 2017
                           Form ID: pdfparty      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
dft             Citibank, N.A.,   PO Box 6191,   Sioux Falls, SD  57117-6191
dft            +DeVry Medical International, Inc.,   630 U.S. Highway One,   North Brunswick, NJ 08902-3491
dft            +Firstmark Services,   SLF V 2015 Trust,   121 S. 13th Street,   Suite 201,
                 Lincoln, NE 68508-1911
dft            +GSED Trust,   200 West Street,   26th Floor,   New York, NY 10282-2102
dft            +Golden Tree Asset Management, LLP,   300 Park Avenue,   21st Floor,   New York, NY 10022-7403
dft            +SLF V-2015 Trust,   c/o Michael J. Klima, Jr.,   8028 Ritchie Highway,   Suite 300,
                 Pasadena, MD 21122-1360
dft             University Accounting Service, LLC,   PO Box 918,   Brookfield, WI  53008-0918
pla            +Yolande E Essangui,   418 C Woodlake Court,   Glen Burnie, MD 21061-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
         Charles Alan Malloy    charles.malloy@aporter.com
         Michael J. Klima    bankruptcy@peroutkalaw.com
         Ronald J Drescher    ecfdrescherlaw@gmail.com,   ecfldrescherlaw@gmail.com,
          ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,
          G25092@notify.cincompass.com
                                                                           TOTAL: 3

Entered: August 15th, 2017
Signed: August 15th, 2017

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| YOLANDE E. ESSANGUI, | * | Case No. 16-1-2984 -MMH (Chapter 7) |
| Debtor, | * | |
| *    *    *    *    *    *  | * | |
| YOLANDE E. ESSANGUI, | * | Adversary Number 16-00201 |
| Plaintiff, | * | |
| v. | * | |
| SLF V-2015 TRUST, | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER AMENDING MARCH 7, 2017 SCHEDULING ORDER AND RULE 26(f)
### REPORT APPROVAL

Upon consideration of the Motion To Amend March 7, 2017 Scheduling Order and

Rule 26(f) Report Approval filed jointly by the Plaintiff and the Defendant, it is, by the

Unites States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that said Motion be, and it hereby is, granted; and it is further

ORDERED, the requirement to file exhibits, exhibit lists, and witness lists by

August 14, 2017 as directed by the March 7, 2017 Scheduling Order and Rule 26(f) Report

Approval be, and it hereby is, suspended until after the Court's adjudication of the parties'

summary judgment Motions.


cc:      Michael J. Klima, Jr.
         Peroutka, Miller, Klima & Peters, P.A.
         8028 Ritchie Highway
         Suite 300
         Pasadena, MD 21122


         Ronald J Drescher
         Drescher & Associates
         4 Reservoir Circle
         Suite 107
         Baltimore, MD 21208


                              END OF ORDER