

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Yolande E. Essangui, | * | Case No. 16-12984-MMH |
| Debtor. | * | Chapter 7 |
| * * * * * * | * | * * * * * * |
| Yolande E. Essangui, | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 16-00201-MMH |
| SLF V-2015 Trust, et al., | * | |
| Defendants. | * | |
| * * * * * * | * | * * * * * * |

### ORDER GRANTING DEBTOR'S MOTION FOR SUMMARY JUDGMENT
### AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court are the Debtor's (Plaintiff's) Motion for Summary Judgment [ECF 44], and the Defendant's response thereto [ECF 45], and the Defendant's Motion for Summary Judgment [ECF 43], and the Debtor's response thereto [ECF 46]. The Court held a hearing on the Motions for Summary Judgment on September 6, 2017. For the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor's Motion for Summary Judgment is hereby granted; and it is further

ORDERED, that the Defendant's Motion for Summary Judgment is hereby denied.

Copies to:    Yolande E. Essangui
418 C Woodlake Court
Glen Burnie, MD 21061

Ronald J. Drescher
Drescher & Associates
4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Michael Klima
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Charles R. Goldstein
Protiviti Inc.
1 East Pratt Street
Suite 800
Baltimore, MD 21202

**END OF ORDER**