```
                           United States Bankruptcy Court
                               District of Maryland
```

Essangui,
          Plaintiff                                          Adv. Proc. No. 16-00201-MMH

Firstmark Services,
          Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: yoliver              Page 1 of 1         Date Rcvd: Oct 02, 2017
                              Form ID: pdfparty          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
```
              +Charles R. Goldstein,    Protiviti Inc.,    1 East Pratt Street,    Suite 800,
               Baltimore, MD 21202-1127
dft            Citibank, N.A.,    PO Box 6191,    Sioux Falls, SD  57117-6191
dft           +DeVry Medical International, Inc.,    630 U.S. Highway One,    North Brunswick, NJ 08902-3491
dft           +Firstmark Services,    SLF V 2015 Trust,    121 S. 13th Street,    Suite 201,
               Lincoln, NE 68508-1911
dft           +GSED Trust,    200 West Street,    26th Floor,    New York, NY 10282-2102
dft           +Golden Tree Asset Management, LLP,    300 Park Avenue,    21st Floor,    New York, NY 10022-7403
dft           +SLF V-2015 Trust,    c/o Michael J. Klima, Jr.,    8028 Ritchie Highway,    Suite 300,
               Pasadena, MD 21122-1360
dft            University Accounting Service, LLC,    PO Box 918,    Brookfield, WI  53008-0918
pla           +Yolande E Essangui,    418 C Woodlake Court,    Glen Burnie, MD 21061-5933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
```
              Charles Alan Malloy    charles.malloy@aporter.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com, ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,notices@nextchapterbk.com
                                                                                             TOTAL: 3
```

Entered: October 2nd, 2017
Signed: October 2nd, 2017

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Yolande E. Essangui, | * | Case No. 16-12984-MMH |
| Debtor. | * | Chapter 7 |
| * * * * * * | * * * * * * | |
| Yolande E. Essangui, | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 16-00201-MMH |
| SLF V-2015 Trust, et al., | * | |
| Defendants. | * | |
| * * * * * * | * * * * * * | |

### ORDER GRANTING DEBTOR'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court are the Debtor's (Plaintiff's) Motion for Summary Judgment [ECF 44], and the Defendant's response thereto [ECF 45], and the Defendant's Motion for Summary Judgment [ECF 43], and the Debtor's response thereto [ECF 46]. The Court held a hearing on the Motions for Summary Judgment on September 6, 2017. For the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor's Motion for Summary Judgment is hereby granted; and it is further

ORDERED, that the Defendant's Motion for Summary Judgment is hereby denied.

Copies to:   Yolande E. Essangui
418 C Woodlake Court
Glen Burnie, MD 21061

Ronald J. Drescher
Drescher & Associates
4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Michael Klima
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Charles R. Goldstein
Protiviti Inc.
1 East Pratt Street
Suite 800
Baltimore, MD 21202

**END OF ORDER**